CARREA CHRISTOPHER

6708 S/E 7TH STREET

RENTON, WASHINGTON, 98059

PROPRIA PERSONA



UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON

17-CV-00738 RSL

| | |
|---|---|
| CARREA CHRISTOPHER, ) <br> PLAINTIFF, ) <br> ) <br> VS. ) <br> ) <br> ) <br> FORD MOTOR CAMPANY, ) <br> INC.;CLAY FORD, ) <br> EXCUTIVE CHAIRMAN OF ) <br> FORD;MARK FIELDS,FORD ) <br> C.E.O.;KERRY BALDORI, ) <br> FORD CHIEF FUNCTIONAL ) <br> ENGINEER;DON BUTLER, ) <br> FORD EXCUTIVE ) <br> DIRECTOR;STEPHEN G. ) <br> BUTLER, FORD BOARD OF ) <br> DIRECTOR;RAPHAEL ) <br> RICHMOND,FORD GLOBAL ) <br> DIRECTOR; ) <br> ) <br> DEFENDANTS. ) <br> _____ ) | CASE NO.: <br><br> COMPLAINT FOR DAMAGES <br><br> AUTOMOBILE, VEHICLE, LIABILITY; NEGLIGENCE; BREACH OF DUTY; UNMERITED WANTON PAIN;MALTREATMENT; MALICIOUS SPITEFUL INTENT; MALEPRACTICE;POST TRAMATIC STRESS SYNDROM;FIXED FOCUSED OBSTRUCTION OF JUSTICE |

PAGE ONE

[PLEADING TITLE] - 1

(margin notes: "ITP pending - summ N/I")

# JURISDICTION

THE DIVERSITY ISSUE PRESENTED IS THE DEFENDANTS ALL ARE FROM THE STATE OF MICHIGAN.(DEARBORN MICHIGAN) AND PRIMARILY OPERATE AND SET POLICIES AND ORDERS FROM MICHIGAN. THE PLAINTIFF, RESIDE IN STATE OF WASHINGTON. IT MUST ALSO BE NOTED, THIS IS AN VEHICLE PRODUCT LIABILITY CASE OF AN NATIONAL ORGANIZATION. THE DEFENDANTS DELIBRATELY VIOLATED FEDERAL GOVERNMENT(NHTSA)GUILD LINES.

## II

THE DEFENDANTS, FORD MOTOR CAMPANY, INC. AND IT'S EMPLOYEES,(HEREINAFTER KNOWN AS FORD) ALL MADE AND PRODUCED A 2006 FORD RANGER, THEY KNEW WOULD BOTH KILL AND MURDER INDIVDUALS AND/OR INJURE INDIVIDUALS, THAT DROVE AND/OR WAS A PASSENGER OF THE VEHICLE THEY PRODUCED,(2006 FORD RANGER)(AND OTHER FORD MODELS)BUT STILL PRODUCED THE VEHICLE AND SOLD IT, WHICH CAUSED THE PLAINTIFF, CARREA CHRISTOPHER, JR. , INJURY TO HIS BACK, LEGS, NECK, SHOULDER. ALTHOUGH HIS CHEST WAS DAMAGED WITH HIS RIBS THOSE AREA SOMETIMES ARE NOT AS PAINFUL.

PAGE TWO

[PLEADING TITLE] - 2

# III

THE DEFENDANTS, FORD MOTOR CAMPANY UNDER THE DIRECTION OF ITS STAFF AND BOARD OF DIRECTORS, HAS FAILED TO CORRECT THE PASSENGER AND DRIVER SIDE AIR BAGS AND APPARATUS CONTRAPTION AFTER ALL NATIONAL AND UNITED STATES TRANSPORTAION DEPARTMENT STATED WOULD HARM, HURT AND MURDER OCCUPANTS OF FORD VEHICLES AND MEANS OF TRANSPORTATION. THE FORD RANGER WAS REASONED AND DEEMED MORE/OR LESS HAZARDS DAMAGES.

IN THIS CASE IT MUST BE NOTED, THE AIR BAG SMASHED THE PLAINTIFF, CARREA CHRISTOPHER, WITH SO MUCH FORCE HE WENT UNCONSCIOUS WHICH RESULTED IN PERMANENT HEADACHES AND HEAD INJURIES UNTIL THE PRESENT DATE.

THE DEFENDANTS OF THIS CASE ARE NOT RESTRAINED BY CONSCIENCE, THEY IN FACT HAVE FOUGHT AGAINST ALL SAFETY AND UNITED STATES TRANSPARTATION DEPARTMENT, VIGROUSLY TRY TO JUSTIFY THE DEATHS OF OCCUPANTS AND THE DEFENDANT, FORD, HAS NOT MADE ANY EFFORT TO INFORM THE GENERAL PUBLIC THE DANGER OF THEIR VEHICLES. THEY ARE UNSCRUPULOUS WITH UNCONSIONABLE UN RESTRAINED EXCESSIVE BEHAIVER, MOTIVATED BY PROFIT ONLY, WITHOUT CONCERN FOR HOW MANY INDIVIDUALS HAVE TO BE DAMAGED BY THEIR PRODUCTS.

## PAGE THREE

[PLEADING TITLE] - 3

THE DEFENDANT, FORD MOTOR CAMPANY, INC AND THEIR STAFF, THEIR BOARD OF DIRECTORS, WAS NOIFIED BY THE FEDERAL GOVERNMENT, (NHTSA)THE AIR BAGS EXPLODE IN A MANNER THAT UPON DEPLOYMENT OF THE DRIVER SIDE AIR BAGS, EXCESSIVE INTERNAL PRESSURE WILL CAUSE THE INFLATOR TO REPTURE. THE 2006 FORD RANGER TRUCKS ARE EQUIPED WITH AIR BAGS THAT ARE SUSCEPTIBLE TO MOISTURE INTRUSION WHICH, OVER TIME, CAUSE THE INFLATOR TO RUPTURE. THE DEFENDANT'S FORD, HOWEVER INSTEAD OF HAVING ADMITTED THEIR DELIBRATE INDIFFRENCE OF THE PLAINTIFF AND THE GENERAL PUBLIC, CONTINUED PRODUCTION OF THEIR UNSAFE VEHICLES, THEY FOUGHT TOOTH AND NAIL TO CONTINUE, THEY ASERTED WAS SAFE DESPITE THE FACT PRIOR AND PRESENT ACCIDENTS OF THEIR PRODUCT RESULTED IN DEATH AND SERIOUS INJURY. THE RECALL HOWEVER ONLY APPLIES TO RANGERS MANUFACTORED IN NORTH AMERICA AS THE VEHICLE THE PLAINTIFF WAS DRIVING THAT CAUSED HIM SERIOUS INJURY.THE DEFENDANTS MADE NO STRONG EFFORT TO NOTIFY THE PUBLIC OF THE HARM.

## IV

THE DEFENDANTS, FORD ALL KNEW OF THE SERIOUS IMMINENT DANGER OF PHYSICAL HARM TO THE PLAINTIFF AND THE GENERAL PUBLIC. THE DEFENDANTS, FORD , HAS MADE IT

PAGE FOUR

[PLEADING TITLE] - 4

IMPOSSIBLE TO FILE STATE CHARGES IN A STATE COURT, DUE TO APPARENT FORD FINANCES IN THE DETROIT, MICHIGAN COLEMAN YOUNG COURT BUILDING CLERKS OFFICE, IN WHICH THE OBSTRUCTION OF JUSTICE BY THE CLERKS OFFICE AND FORD, THE PLAINTIFF FILED 10 TIMES AND THE CLERKS OFFICE KICKED BACK TO HIM FOR NO OTHER VIABLE REASON BUT MONEY.

   THE DEFENDANTS, FORD ALL INTENTIONALLY AND COGNIZABLE COMMITTED MALFEASANCE, MALTREATMENT AND MALEPRACTICE, IN THEIR DUTY WITH EXTREME RECKLESS DISREGARD AND UNCONCERN OF THE PLAINTIFF AND THE GENERAL PUBLIC VALUE OF HUMAN LIFE. THE PLAINTIFF, HAS SUFFERED AND WILL SUFFER BACK PAIN, NECK PAIN, SHOULDER PAIN, SLEEP DEPRAVATION AND DEBILITATING HEADACHES, DUE TO THE JULY 14, 2016 ACCIDENT IN WHICH THE DEFENDANTS FORD, AIR BAG EXPLODED WITH SO MUCH PRESSURE THE PLAINTIFF, CARREA CHRISTOPHER, WENT UNCONSCIOUS AND OBLIVIOUS AS TO WHAT HAPPEN. THE DEFENDANTS FORD WAS AWARE OF THE RISK THAT THE PLAINTIFF AND OTHERS WOULD SUFFER WITH THE PRODUCT THEY MADE, BUT PROCEEDED TO BRING FORTH FROM THEIR WOMB, A ,DISASTER AND TRAGEDY.

   THE DEFENDANTS FORD, BROUGHT THE DISASTER INTO BEING BY THEIR COMBINING, SHAPING AND TRANSFORMING INTO BEING A DEATH TRAP. THE DEFENDANTS, FORD DELAYED, DENIED AND INTENTIONALLY INTERFERERED WITH THE RECALL OF THE VEHICLE AND ITS PARTS.

                    PAGE FIVE

[PLEADING TITLE] - 5

THE DEFENDANTS, FORD THEN CHOSE A COURSE OF TREATMENT THAT IS UNACCEPTABLE UNDER THE CIRCUMSTANCES AND GRAVITY AND SEVERITY, WITH CONSCIOUS DISREGARD OF THE EXCESSIVE RISK TO PLAINTIFF, HEALTH. THE PLAINTIFF, WAS TREATED WITH HOSTILITY AND REFUSED THE PRESCRIBED ATTENTION OF THE REPLACING THE RECALLED BAG AND TREATMENT EVEN AFTER THE DISASTER. IN AN CATASTROPHIC MANNER THEY STATED AFTER A FEDERAL COURT ORDER TO REPLACE THE BAGS, THAT THEY STILL HAD NOT GOTTEN AROUND TO IT, BUT THEY SPEND BILLIONS TO ADVERTISE SALES BUT NOT IN NOTIFYING THE GENERAL PUBLIC OF THE DISASTER OF THEIR VEHICLES, AS WELL AS NOT NOTIFYING THE PLAINTIFF.

WHEREFORE THE PLAINTIFF, CARREA CHRISTOPHER, PRAYS FOR THE FOLLOWING:

1. FOR GENERAL DAMAGES IN THE SUM OF $1,000,000,000.00
2. FOR PUNATIVE DAMAGES IN THE SUM OF $5,000,000,000.00
3. FOR SUCH OTHER AND FURTHER RELIEF THE COURT DEEMS.
4. THE PLAINTIFF, CARREA CHRISTOPHER DEMANDS A JURY TRIAL.

DATED: MAY 8, 2017

RESPECTFULLY SUBMITTED,

BY: _____
CARREA CHRISTOPHER

PAGE SIX

[PLEADING TITLE] - 6