UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARREA CHRISTOPHER,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, INC., *et al.*,<br><br>    Defendants. | Case No. C17-738RSL<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE |

This matter comes before the Court on plaintiff's "Application for Extension of Time to Serve and Request for Court Order to Have United States Marshal to Serve." Dkt. # 7. The Court will exercise its discretion to extend time: plaintiff seeks a relatively short extension, as he indicates that service has already been mailed to the defendants, see Dkt. # 7-1; there is little chance of any real prejudice caused by the delay in service; this litigation was filed just over two months ago; plaintiff's tardiness will have a negligible impact on the case schedule; and refusing to grant the extension would potentially preclude plaintiff's claim and deprive the Court of the opportunity to adjudicate this dispute on its merits.

For all of the foregoing reasons, plaintiff's motion is GRANTED. Plaintiff shall have an additional 30 days to effect service of process upon defendants.

ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO SERVE - 1

1    DATED this 25th day of July, 2017.

3    _____
     Robert S. Lasnik
4    United States District Judge

28   ORDER GRANTING MOTION FOR
     EXTENSION OF TIME TO SERVE - 2