# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CARREA CHRISTOPHER,

    Plaintiff,

v.

FORD MOTOR COMPANY, *et al.*,

    Defendants.

Case No. C17-738RSL

ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter comes before the Court on plaintiff Carrea Christopher's motion for an extension of time. Dkt. # 33. The Court previously dismissed this action without prejudice and granted plaintiff leave to amend. Dkt. # 32. The Court set a deadline of Friday, January 26, 2018, for filing an amended complaint to address the original complaint's deficiencies. Plaintiff moved for an extension of time before that deadline, and that motion, Dkt. # 33, is GRANTED.

Given that extension, the Court will consider the proposed amended complaint that plaintiff filed on January 31, 2018, Dkt. # 34, as timely. That filing is hereby entered and incorporated into the record of this matter.

DATED this 12th day of February, 2018.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1