_____ FILED
_____ LODGED   MAIL
_____ RECEIVED

FEB 09 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

BY
WESTERN DISTRICT OF WASHINGTON
CLERK U.S. DISTRICT COURT
AT SEATTLE

JAN 31 2018  RE

COPY

# UNITED STATES DISTRICT COURT,
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CARREA CHRISTOPHER,   )      CASE NO.:CV17-738
                      )                (RSL)
        PLAINTIFF,    )      FIRST AMENDED
                      )      COMPLAINT
VS.                   )
                      )      **JURY TRIAL DEMAND**
FORD MOTOR COMPANY,   )
        DEFENDANT.    )
_____)

## I.   INTRODUCTION

PLAINTIFF, CARREA CHRISTOPHER, ON BEHALF OF HIMSELF, ALLEGE THE FOLLOWING AGAINST,DEFENDANT, FORD MOTOR COMPANY, INCLUDING ITS, LINCOLN MOTOR CAMPANY, ITS TRUCKING DIVISIONS, AND MERCURY DIVISIONS

**PAGE ONE**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

(COLLECTIVELY "FORD").PLAINTIFF ALLEGATIONS
ARE BASED UPON PERSONAL KNOWLEDGE AS TO
THEIR OWN ACTS AND EXPERIENCES IN THIS
MATTER, THE INVESTIGATIONS, AND UPON
INFORMATION AND BELIEF AS TO ALL OTHER
MATTERS.


## II.   SUMMARY OF CASE


1. HISTORICALLY, THE NATIONAL
HIGHWAY TRAFFIC AND SAFETY ADMINISTRATION,
("NHTSA")OPENS AN INVESTIGATION OF ALLEGED
SAFETY DEFECTS IT IS DUE TO INJURIES. IN
THE CASE OF THE VEHICLE OF THIS CASE THE
PLAINTIFF, CARREA CHRISTOPHER, WAS INJURED,
NHTSA INVESTIGATED DUE TO DEATHS. WHEN AN
NHTSA INVESTIGATION BEGAN OF THE 2006 FORD
RANGERS, THE DEFENDANTS, FORD MOTOR COMPANY
WAS NOTIFIED OF THE RECALL RECOMMENDATIONS.
2. A RECALL IS ISSUED WHEN A
MANUFACTOR OR NHTSA DETERMINES THE VEHICLE
CREATES AN UNREASONABLE SAFETY RISK OR
FAILS TO MEET MINIMUM SAFETY STANDARDS. IN
THIS CASE NHTSA,DETERMINED THE UNREASONABLE
SAFETY RISKS DUE TO THE NUMEROUS INJURIES
AND WORSE. THE DEFENDANTS, FORD MOTOR

### PAGE TWO

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

COMPANY, FOUNDATION WAS THE COST OF LIVES IS LESS IMPORTANT THEN THERE PROFITS. THEY DETERMINED THE GENERAL PUBLIC SHOULD NOT BE NOTIFIED AND FOUGHT AGAINST THE RISK.

   3.  A RECALL WAS ISSUED WHEN NHTSA, DETERMINED THE 2006 FORD RANGER CREATED AN UNREASONABLE SAFETY RISK AND FAILED TO MEET MINIMUM SAFETY STANDARDS.

   4.  THE DEFENDANTS FORD MOTOR COMPANY WAS ORDERED TO RECALL THE 2006 FORD RANGER AND TO FIX THE PROBLEM BY REPAIRING THE 2006 FORD RANGER, BY REPAIRING IT, REPLACE IT, OFFER A REFUND, OR REPURCHASE THE VEHICLE.

   5.  FORD MOTOR CAMPANY ("FORD") IN THIS CASE REFUSED ALL AND FAILED TO NOTIFY.

   6. RANGER VEHICLES MANUFACTURED MARCH 24, 2003 TO MAY 4, 2006, (THE VEHICLE THE PLAINTIFF WAS INJURED IN WAS MANUFACTURED BY FORD MOTOR COMPANY DURING THE STATED TIME PERIOD(2006 FORD RANGER)BY FORD MOTOR COMPANY WAS RECALLED DUE TO THE FACT, UPON DEPLOYMENT OF THE DRIVER SIDE FRONTAL AIR BAG,(THE PLAINTIFF WAS INJURDED BY THE FRONTAL AIR BAG AND AIR BAG INFLATOR) EXCESSIVE INTERNAL PRESSURE CAUSES THE INFLATOR TO RUPTURE.

   7. LIKE OTHER MANUFACTURERS FORD

**PAGE THREE**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

1  FAILED TO MEET THESE ENGINEERING CHALLENGES
2  AS EVIDENCED BY THEIR DENIAL OF THE VEHICLE
3  DANGERS DESPITE DEATHS AND SERIOUS INJURIES
4  TO OCCUPANTS OF THE VEHICLE. FORD
5  CHALLENGED THE RECALL PRIOR TO AND AFTER
6  THE RECALL ORDER.
7        8. THE FORD MOTOR CAMPANY, PLACES
8  WHAT IS DESCRIBED AS A BOMB IN THEIR 2006
9  FORD RANGERS AND OTHER VEHICLES
   MANUFACTURERED BY FORD MOTOR CAMPANY. THE
10 VEHICLES ARE EQUIPED WITH EXPLOSIVE
11 CHEMICALS MENT TO EXPLODE TO INFLATE THE
12 AIRBAG. THE CHEMICAL BEGINS DETERIORATING
13 OVER TIME DUE TO THE FACT THE MANUFACTOR
14 ALSO PLACES A DEFECTED METAL CANISTER
15 DESIGN CONTAINING IT. ALL OF WHICH IN FAR
16 TO MANY CASES BECOME A LETHAL WEAPON
17 ARMAMENT. THIS IS EXACTLY WHAT HAPPENED TO
18 THE PLAINTIFF WITH SUCH FORCE WHEN HE GAIN
19 CONSCIOUS AND CONGNIZANT IT WAS A FEAR NO
20 ONE SHOULD EXPERIENCE IN PAIN AS IF A WAR
   ZONE.
21        9.  IF NOT FOR THE INFLATOR
22 RUPTURE, THE CRASH WOULD BEEN MODERATE AND
23 WOULD'NT HAVE CAUSE THE PLAINTIFF INJURIES.
24        10. THE UNITED STATES HIGHWAY
25 TRAFFIC SAFETY ADMINISTRATION REJECTED A
26 PETITION BY FORD TO DELAY THE RECALL, DUE

**PAGE FOUR**

27 FIRST AMENDED COMPLAINT                    CARREA CHRISTOPHER
28 CASE NO.:CV17-738(RSL)                     P.O. BOX 741272

                                            SAN DIEGO, CALIF. 92174

TO FAR TO MANY CASUALTIES SUCH AS PLAINTIFF
AND OTHERS. THE UNITED STATES HIGHWAYTRAFIC
SAFETY ADMINISTRATION, STATED IT DID NOT
FIND THE REQUEST OF FORD MOTOR, THE SECOND
LARGEST U.S. AUTOMAKER TO DETER A RECALL
UNTIL ADDITIONAL TESTING WAS CONDUCTED,
"REASONABLE UNDER THE CIRCUMSTANCES OR
SUPPORTED BY THE TESTING AND DATA IT HAS
CONDUCTED." FORD MOTOR COMPANY FELT MORE
INJURIES SUCH AS THE PLAINTIFF WAS AN
OPTION FINE WITH THEM.

      11. TO ADD INSULT TO INJURY, FORD
MOTOR CAOMPANY, PUBLICLY STATED OPENLY THEY
WOULD ACCOMADATE THE RECALL, BUT TREATED
CONSUMERS, IMPOLITE AND ILL-MANNERED. WHEN
THE PLAINTIFF FINALLY WAS WELL ENOUGH TO GO
TO FORD MOTOR THEY STATED THE PLAINTIFF
COULD BUY A BAG, BUT THE RECALL REPLACEMENT
WOULD HAVE TO WAIT DESPITE MAKING THE
STATEMENT AND DECLARATION A YEAR PRIOR TO
REPLACE.

      12. FORD KNEW OR SHOULD HAVE
KNOWN ABOUT THE DEFECTS YEARS PRIOR TO THE
ISSUE OF THE RECALL.

      13. DESPITE KNOWING OF THE
DEFECTS, FORD REFUSES TO WARN DRIVERS OF
THE DANGER AND DEFECTIVE AIR BAG AND
INFLATOR.

**PAGE FIVE**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

14. PLAINTIFF, SEEK RELIEF FOR HIMSELF. PLAINTIFF REQUEST AN AWARD OF DAMAGES AND APPROPRIATE EQUITABLE RELIEF.

## III. PARTIES

15. CARREA CHRISTOPHER. AT THE TIME OF FILLING THE COMPLAINT WAS A CITIZEN OF WASHINGTON AND CALIFORNIA.

16. FORD MOTOR COMPANY IS A DELWARE CORPORATION WITH ITS PRINCIPLE PLACE OF BUSINESS AT ONE AMERICAN ROAD, DEARBORN, MICHIGAN 48121. FORD IS IN THE BUSINESS OF DESIGNING, MANUFACTURING, MARKETING, AND DISTRIBUTING MOTOR VEHICLES.

17. AT ALL TIMES RELEVANT TO THIS ACTION, FORD DESIGNED, MANUFACTURED, MARKETED, DISTRIBUTED, AND WARRANTED THE VEHICLES AT ISSUE IN THE STATE OF WASHINGTON AND THROUGHOUT THE UNITED STATES AND HAD BUSINESS IN WASHINGTON.

18. FORD MOTOR COMPANY ARE UNDER FEDERAL ORDERS IN THE STATE OF WASHINGTON AND THE UNITED STATES DUE TO, UNITED STATES NATIONAL TRAFFIC SAFETY ADMINISTATION, RECALL ORDERS, ISSUED BY THE SECRETARY OF

**PAGE SIX**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

TRANSPORTATION PURSUANT TO 49 USCA 30166
AND 49 C.F.R. 510.7. ALL THE OBLIGATIONS
OUTLINED IN THE ORDER HAD THE ADDITION
OBLIGATION OUTLINED IN ALL PRIOR STANDING
GENERAL ORDERS, AS WELL AS ARC'S STATUTORY
AND REGULATORY OBLIGATIONS.

### IV.   JURISDICTION AND VENUE
**FORD MOTOR CAMPANY HERIN AFTER KNONW AS
FORD; JURISDICTION ALSO ON PAGE SEVENTEEN**
19. VENUE IS PROPER IN THIS DISTRICT UNDER
28 USCA 1391 BECAUSE FORD TRANSACTS
BUSINESS IN THIS DISTRICT, AND A
SUBSTANTIAL PART OF THE EVENTS OR
OMMISSIONS GIVING RISE TO PLAINTIFF CLAIMS
OCCURRED IN THIS DISTRICT.THIS COURT ALSO
HAVE JURISDICTION OVER THIS CASE DUE TO THE
FACT THE PLAINTIFF IS IN A CLASS UNDER THE,
FAIRNESS ACT, 23 U.S.C. 1332(D). THERE ARE
AT LEAST ONE HUNDRED MEMBERS OF THE
PROPOSED CLASSES.(PROPOSED,NHTSA, FEDERAL
RECALL COMPLAINT)THE AGGREGATED CLAIMS OF
THE INDIVIDUAL CLASS MEMEBERS EXCEED THE
SUM VALUE OF $5,000,000, EXCLUSIVE OF
INTREST AND COST, AND THIS IS A CLASS
ACTION IN WHICH FORD AND MOREM THAN TWO-
THIRDS OF THE PROPOSED CLASSES ARE CITIZENS
OF DIFFERENT STATES.

### PAGE SEVEN

20. THIS COURT MAY EXERCISE JURISDICTION OVER FORD BECAUSE IT IS REGISTERED TO CONDUCT BUSINESS IN WASHINGTON, IT HAS SUFFICIENT MINIMUM CONTACTS IN WASHINGTON, AND IT INTENTIONALLY AVAILS ITSELF OF THE MARKETS WITHIN WASHINGTON THROUGH THE PROMOTION, SALE, MARKETING, AND DISTRIBUTION OF ITS VEHICLES, THUS RENDERING JURIDICTION BY THIS COURT PROPER AND NECESSARY. FORD MOTOR COMPANY BE BE BOTH DEFENDANTS, AND PLAINTIFFS, IN THIS DISTRICT.

## V.    SUBSTANTIVE ALLEGATIONS

21. TO THE EXTENT USED IN THIS CIVIL COMPLAINT, THE FOLLOWING DEFINITIONS APPLY: THE DEFINITIONS OF **"AFFILIATE,"** **"MANUFACTURER," "ORIGINAL EQUIPMENT,"** AND **"REPLACEMENT EQUIPMENT"** CAN BE FOUND IN 49 USCA 30102 AND 49 C.F.R.573.

22. **"INFLATOR"** MEANS ANY GAS GENERATOR (PROTECHNIC, STORED GAS, OR HYBRID) USED TO INFLATE AN AIR BAG IN A SUPPLEMENTAL RESTRAINT SYSTEM THAT IS MANUFACTURED BY ONE, REGARDLESS OF THE AIR BAG'S POSITION IN THE VEHICLE (WHETHER

**PAGE EIGHT**

FIRST AMENDED COMPLAINT

CASE NO.: CV17-738 (RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

DRIVER, PASSENGER, CENTER, OR REAR SEAT AND
WHETHER FRONTAL, SIDE, KNEE, CURTIAN, OR
OTHER); REGARDLESS OF THE MOTOR VEHICLE
MANUFACTURER(THE CUSTOMER);REGARDLESS OF
WHETHER IT WAS MANUFACTURED AS ORIGINAL
EQUIPMENT OR REPLACMENT EQUIPMENT; AND
REGARDLESS OF WHETHER IT IS A SINGLE STAGE
OR DUAL STAGE.

      23. AN **"INFLATOR RUPTURE"** MEANS
AN INCIDENT (OR ALLEGED INCIDENT),WHETHER
IN THE UNITED STATES OR ABROAD, BY WHICH
SOME MECHANISIM(E.G., EXCESSIVE INTERNAL
PRESSURE INSIDE THE INFLATOR) CAUSES THE

INFLATOR BODY TO BURST OR BREAK APART AT
ANY TIME. SIGNS OF AN INFLATOR RUPTURE
INCLUDE, BUT ARE NOT LIMITED TO, UNUSUAL
TEARS IN AIR BAG CUSHION FABRIC, AND/OR
METAL SHARDS DETECTED OR FOUND IN THE
INFLATOR, MODULE, AIR BAG, OR TESTING
CHAMBER.

      24.AS USED HEREIN, THE TERM
**"NOTICE"** CONSIST OF INFORMATION RECEIVED
FROM SOURCES IN ANY FORM (WHETHER WRITTEN
OR ORAL),ABOUT AN INCIDENT IN WHICH AN
INFLATOR RUPTURED OR IS ALLEGED TO HAVE
RUPTURED. NOTICE SHALL NOT BE CONSTRUED TO
INCLUDE RUMORS OR ALLEGATIONS FROM THIRD

**PAGE NINE**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

PARTIES THAT ARE NOT WIDELY DISSEMINATED.

      25. FORD DESIGNS, MANUFACTORS, MARKET AND DISTRIBUTES MOTOR VEHICLES IN THE STATE OF WASHINGTON AND THE UNITED STATES AND ABROAD. THE FORD MODELS THAT ARE THE SUBJECT OF THIS COMPLAINT ARE THE 2006 FORD RANGER.

      26. FORD MOTOR COMPANY, MANUFACTURES THROUGH THEIR FABRICATION AND CREATION OF THE 2006 FORD RANGER, WITH AN INFLATOR, THAT UPON DEPLOYMENT OF THE DRIVER SIDE FRONTAL AIR BAG, EXPLODES IN EXCESSIVE INTERNAL PRESSURE THAT CAUSES THE INFLATOR RUPTURE, WHICH HAS RESULTED IN SERIOUS INJURY OR DEATH.

      27. FORD MOTOR COMPANY, WAS GIVEN NOTICE BY THE UNITED STATES NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION AND CONSUMERS CLAIMS AND COMPLAINTS FOR MORE THEN A DECADE, BUT HAS CHOSEN TO DENY AND CONTEST THE FACTS AT A COST TO FORD TEN TIMES THE AMOUNT IT WOULD HAVE COST THEM TO DECLARE THE FORD RANGERS UNSAFE AND REPURCHASED ALL THE REMAINING FORD RANGERS, TEN YEARS AGO.

      28. THE FORD MOTOR COMPANY, 2006 FORD RANGERS, THE SUBJECT OF THIS COMPLAINT

**PAGE TEN**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

PRESENTS MANY SAFETY CHALLENGES AND
ENCOUNTERS, TO CONSUMERS, FORD MOTOR
COMPANY, HAS A DUTY AND OBLIGATION TO
INFORM CONSUMERS, IN FORM AND PROCEDURES
MOST CONSUMERS CAN BE REACHED. THE
PLAINTIFF, NEVER KNEW OF THE DANGERS OF THE
2006 FORD RANGER INFLATOR, UNTIL HE WAS HIT
BY THE BAG WITH SUCH A FORCE HE WENT
UNCONSCIOUS COMATOSE. HE WAS TOLD AFTER
DAYS LATER THE BAG AND INFLATOR WAS RECALL.
IT IS NOT PROBLEMATIC FOR FORD MOTOR
COMPANY,TO ADVERTISE TO SELL UNSAFE
VEHICLES, THEY SPEND BILLIONS AND SEEK AND
PURSUE OTHER WAYS TO SPEND BILLIONS MORE TO
SELL UNSAFE AND HAZARDOUS VEHICLES, YET DID
NOT HAVE ONE SINGLE ADVERTISMENT TO WARN
THE PUBLIC OF SERIOUS DANGERS OF THE FORD
RANGERS. FORD MOTOR KNOWS HOW TO INFORM THE
PUBLIC BUT CHOSE NOT TO.

       29. FORD KNEW OR SHOULD HAVE
KNOWN ABOUT THE DEFECTS SINCE AT LEAST 2012
WHEN MORE THEN 10 COMPLAINTS WERE FILED
REGARDING THE AIR BAG OF THE 2006 FORD
RANGER.

       30. FORD MOTOR COMPANY DESIGNED,
MANUFACTURED, MARKETED, AND DISTRIBUTED,
THE 2006 FORD RANGER IN THE UNITED STATES
UNDER THE FORD MOTOR NAME. THE FORD MOTOR

**PAGE ELEVEN**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

COMPANY 2006 FORD RANGER IS THE SUBJECT OF THIS COMPLAINT.

31. WHEN THE UNITED STATES NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION,(HEREINAFTER KNOWN AS, NHTSA)INITIATES A SAFETY RECALL IT REQUIRES A MANUFACTURER'S ACTIOBN TO ANOUNCE AND REMEDY THE DEFECTS. IN THIS CASE FORD MOTOR CAMPANY REFUSED AND FAILED TO PROPERLY ANNOUNCE AND REMEDY THE DEFECTS THAT COULD HAVE PREVENTED THE PLAINTIFF INJURY.

32. A RECALL IS ISSUED WHEN A MANUFACTURER OR NHTSA DETERMINES THAT A VEHICLE, EQUIPMENT, CREATES AN UNREASONABLE SAFETY RISK OR FAILS TO MEET MINIMUM SAFETY STANDARDS. IT MUST BE NOTED, MOST DECISIONS TO CONDUCT A RECALL AND SAFETY DEFECT ARE MADE VOLUNTARILY TO PREVENT DEATHS, PRIOR TO ANY INVOLVEMENT BY NHTSA PRIOR TO DEATHS.

33. FORD MOTOR COMPANY IN THE RECALL THAT IS SUBJECT OF THIS CIVIL COMPLAINT, FOUGHT THE RECALL AFTER DEATHS DUE TO THE DEFECTS OF THE, 2006 FORD RANGER MANUFACURED BY FORD MOTOR COMPANY.

34. MANUFACTURERS ARE REQUIRED BY NHTSA TO FIX THE PROBLEMS BY REPAIRING IT, REPLACING IT, OFFERING A REFUND, OR

**PAGE TWELVE**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

REPURCHASING THE VEHICLES, PRIOR TO AN
ACCIDENT.

     35. FORD MOTOR COMPANY REFUSED TO
PRIOR TO THE ACCIDENT AND HAS FAILED TO
FULLY CORRECT EVEN AFTER THE ACCIDENT.

     36. THE NHSTA, AFTER YEARS OF
COMPLAINTS AND FAILED ATTEMPTS TO HAVE FORD
MOTOR COMPANY TO VOLUNTARILY REPLACE THE
AIR BAG AND INFLATOR HAD NO CHOICE BUT TO
PROTECT THE GENERAL PUBLIC AS MUCH AS THEY
COULD, ORDERED RECALL MAY 28, 2015,
PURSUANT TO RECALL NUMBER 15V322000, TO
NOTIFY THE GENERAL PUBLIC ESPECIALLY 2006
FORD RANGER DRIVERS.

     37. FORD MOTOR CAMPANY, CLASHED
WITH ALL PROOF OF THE DEFECTS. THE DAY
PRIOR TO THE RECALL, MAY 27, 2015, DESPITE
NUMEROUS DEATHS AND INJURIES, WAGED WAR
WITH THE FACTS AND STATED, THEY WHERE NOT
AWARE OF ANY REPORTED INJURIES ON 2004-2006
MODEL YEAR FORD RANGERS.

     38. NHSTA, ALSO SUPPORTED THEIR
FACTS BY AN INDEPENDENT MONITOR BY AN
"COORDINATED REMEDY PROGRAM"(TK HOLDINGS
INC.).

     39. FORD MOTOR CAMPANY PLACES A
SMALL BOMB IN THE STEERING COLUMN,THAT
EXPLODES IN DIFFERENT MANNERS THAT CAUSE

### PAGE THIRTEEN

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

STANDARD NO. 108, "LAMPS, REFLECTIVE DEVICES, AND ASSOCIATED
EQUIPMENT." THE MULTI-FUNCTION SWITCH WAS SHIPPED WITH A
SUBCOMPONENT (SLIDER) THAT MAY EXPERIENCE DEFORMATION. A MULTI-
FUNCTION SWITCH WITH A DEFORMED SLIDER MAY MALFUNCTION CAUSING
THE TURN SIGNAL, TAIL LIGHTS, HAZARD WARNING SIGNAL FLASHERS
AND/OR BRAKE LIGHTS NOT TO ACTIVATE.

**Consequence**
NON-FUNCTIONING LIGHTS COULD INCREASE THE RISK OF A CRASH.

**What Owners Should Do**
DEALERS WILL REPLACE THE SWITCHES FREE OF CHARGE. THE SAFETY
RECALL BEGAN ON AUGUST 15, 2011. OWNERS MAY CONTACT FORD MOTOR
COMPANY CUSTOMER RELATIONSHIP CENTER AT 1-866-436-7332.

| Recall Number | Recall Date |
|---|---|
| **15V322000** | **05/28/2015** |

**Component**
**AIR BAGS:PASSENGER SIDE FRONTAL**

**Summary**
Ford Motor Company (Ford) is recalling certain model year 2004-2006
Ranger trucks manufactured March 24, 2003, to May 4, 2006. The affected
vehicles are equipped with a passenger side frontal air bag that may be
susceptible to moisture intrusion which, over time, could cause the inflator
to rupture.

**Consequence**
In the event of a crash necessitating deployment of the passenger's frontal
air bag, the inflator could rupture with metal fragments striking the vehicle
occupants potentially resulting in serious injury or death.

**What Owners Should Do**
Ford will notify owners, and dealers will replace the front passenger air bag
inflator, free of charge. The recall began on December 4, 2015. Owners may
contact Ford customer service at 1-866-436-7332. Ford's number for this
recall is 15S22. Note: This recall partially supersedes recall 14V-787.

OMB Control No.: 2127-0004

| Part 573 Safety Recall Report | 15V-322 |
|---|---|

**Manufacturer Name :** Ford Motor Company
**Submission Date :** MAY 27, 2015
**NHTSA Recall No. :** 15V-322
**Manufacturer Recall No. :** 15S22



**Manufacturer Information :**
  Manufacturer Name : Ford Motor Company
  Address : 330 Town Center Drive
             Suite 500 Dearborn MI 48126-2738
  Company phone : 1-866-436-7332

**Population :**
  Number of potentially involved : 361,523
  Estimated percentage with defect : 0

**Vehicle Information :**

  Vehicle :  2004-2006 Ford Ranger
  Vehicle Type : LIGHT VEHICLES
  Body Style :
  Power Train : NR
  Descriptive Information : Ford Motor Company (Ford) is conducting a safety recall on 2004-2006 MY Ford
                            Ranger vehicles equipped with Takata SPI passenger side airbag inflators.

                            As discussed with NHTSA, Ford Motor Company is modifying recall (14S28 / 14-
                            V787) with a new expanded safety recall 15S22. All Ranger vehicles previously
                            serviced under
                            (14S28 / 14-V787) action will be migrated into the new recall (15S22) for VIN
                            identification and completion rate reporting. All GT vehicles equipped with PSPI
                            passenger side airbag inflators will remain in (14S28 / 14-V787). Ford will submit
                            an amendment to
                            14S28 / 14-V787) to reflect GT vehicles only.

                            These vehicles are not produced in VIN order. Information as to the applicability of
                            this action to specific vehicles can best be obtained by either calling Ford's toll-free
                            line
                            (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain
                            specific information regarding the vehicles from the Ford On-line Automotive
                            Service Information System (OASIS) database.

  Production Dates : MAR 24, 2003 - MAY 04, 2006

  **VIN (Vehicle Identification Number) Range**

  Begin : NR                              End : NR                    ☐ Not sequential VINs

**Part 573 Safety Recall Report**                    **15V-322**                    Page   3

---

**Recall Schedule :**

Description of Recall Schedule : Notification to dealers will occur on May 28, 2015.  Mailing of owner
notification letters will begin July 13, 2015 and is expected to be completed by
July 17, 2015.

Planned Dealer Notification Date : MAY 28, 2015 -  MAY 28, 2015

Planned Owner Notification Date : JUL 13, 2015 -  JUL 17, 2015

---

\* NR - Not Reported

| Part 573 Safety Recall Report | 15V-322 | Page    2 |
| --- | --- | --- |

**Description of Defect :**

Description of the Defect : On May 18, 2015, Takata submitted a Defect Information Report (DIR) to NHTSA on SPI passenger side airbag inflators.  SPI passenger side inflators were installed on Ford Ranger vehicles.  Takata's DIR expands the prior vehicle recall population to all 2004-2006 Ranger vehicles equipped with SPI inflators.

Ford is not aware of any reported injuries on 2004-2006 model year Ford Rangers related to this condition.

Description of the Safety Risk : As described by Takata in its Part 573 report, the Takata SPI passenger side inflator could rupture if the vehicle is involved in a crash where the supplemental frontal airbags are designed to deploy.  If this occurs, it may increase the risk of injury to the occupants.

Description of the Cause : NR

Identification of Any Warning that can Occur : NR

**Supplier Identification :**

**Component Manufacturer**

Name : T K Holdings

Address : 888 16th Street NW
              Washington DISTRICT OF COLUMBIA 20006

Country : United States

**Chronology :**

On May 18, 2015, Takata submitted a DIR to NHTSA regarding the SPI passenger airbag inflator.  Ford evaluated the information contained in Takata's DIR and potential effects on Ford vehicles.

On May 26, 2015, Ford's Field Review Committee reviewed the concern and approved a field action.

**Description of Remedy :**

Description of Remedy Program : Owners will be notified by mail and instructed to take their vehicle to a Ford or Lincoln dealer to have their passenger side airbag inflator replaced. There will be no charge for this service.

Ford is excluding reimbursement for costs because the original warranty program would provide for a free repair for this concern.

Ford will forward a copy of the notification letters to dealers to the agency when available.

How Remedy Component Differs from Recalled Component : NR

Identify How/When Recall Condition was Corrected in Production : NR

The information contained in this report was submitted pursuant to 49 CFR §573

1  INJURIES, PRIMARILY AND PRINCIPALLY DUE TO
2  ACCELERATED BURN RATES. THE PRECISE CAUASE
3  OF THE CHEMICALL PROPELLANT'S ACCELERATED
4  BURN RATE IN DEFECTIVE AIR BAGS IS THE
5  TENDENCY OF THE CHEMICAL-PHASE STABILIZED
6  AMMONIUM NITRATE("PSAN")-TO DEGRADE OVER
7  TIME WHEN EXPOSED TO HUMIDITY AND HIGH
8  TEMPRATURE THERMAL CYCLES WHICH HAPPENS
9  AFTERS PERIODS OF TIME OF  NORMAL USE BY
10 THE DRIVER OF THE VEHICLES, WHICH EXPLODES
11 UNJURING OR KILLING VEHICLE OCCUPANTS, OF
12 THE VEHICLES MADE BY FORD MOTOR.(2006 FORD
   RANGERS)

13        40. THERE IS PURSUANT TO NHSTA
14 AND THE INDEPENDENT MONITOR, AT LEAST A
15 ONE-IN-TWO CHANCE THAT,IF A 2006 FORD
16 RANGER IS IN AN ACCIDENT IN WHICH THE AIR
17 BAG DEPLOYS, THEN THE AIR BAG INFLATOR WILL
   EXPLODE LIKE A GRENADE. THE INFLATORS WERE
18 EXSPOSED TO HIGH LEVELS OF HUMIDITY DURING
19 THE PRODUCTION PROCESS THAT ACCELERATED THE
20 PSAN'S DEGRADATION.

21        41. FORD MOTOR CAMPANY, HAD AN
22 ADDITIONAL, NHSTA RECALL JANUARY 25, 2016,
23 (RECALL NUMBER 16V036000). FORD MOTOR
24 COMPANY, DESPITE, THE INEVITABLE AND
25 UNAVOIDABLE INJURIES AND DEATHS, PETITIONED
26 NHSTA,THE FEDERAL GOVERNMENT FOR A AN

**PAGE FOURTEEN**

27 FIRST AMENDED COMPLAINT                CARREA CHRISTOPHER

28 **CASE NO.:CV17-738(RSL)**             P.O. BOX 741272

                                        SAN DIEGO, CALIF. 92174

The Independent
Monitor of Takata
and the Coordinated
Remedy Program

The State of the
Takata Airbag
Recalls

November 15, 2017

**SECTION ONE**
Introduction

**SECTION TWO**
The Defect

**SECTION THREE**
Reported Fatalities and Injuries

**SECTION FOUR**
The Recalled Vehicle Population

**SECTION FIVE**
NHTSA's Coordinated Remedy
Program and the Third Amended
Coordinated Remedy Order

**SECTION SIX**
The Monitor's Activities

**SECTION SEVEN**
Assessment of the Takata Recalls

**SECTION EIGHT**
Observations for Future Success

**SECTION NINE**
Conclusion

I, John D. Buretta, as Independent Monitor of TK Holdings Inc. ("Takata") and the Coordinated Remedy Program (the "Monitor"), submit this report to describe the current state of the Takata recalls, pursuant to Paragraph 42 of the Consent Order, dated November 3, 2015 (the "Consent Order"), issued pursuant to the authority of the National Highway Traffic Safety Administration and agreed to by Takata, and as amended as of May 4, 2016, and pursuant to the Coordinated Remedy Order, dated November 3, 2015, as amended by the Third Amended Coordinated Remedy Order, dated December 9, 2016.

**TABLE OF CONTENTS**

**PAGE**

I. INTRODUCTION ................................................................. 1

II. THE DEFECT ................................................................... 2

III. REPORTED FATALITIES AND INJURIES ................................. 6

IV. THE RECALLED VEHICLE POPULATION ............................... 11

V. NHTSA'S COORDINATED REMEDY PROGRAM AND THE THIRD AMENDED COORDINATED REMEDY ORDER .......................... 17

VI. THE MONITOR'S ACTIVITIES .......................................... 23

   A. Qualitative and Quantitative Research ............................ 23
      1. 2016 Research ..................................................... 23
      2. 2017 Research ..................................................... 28
      3. Overall Research Findings ....................................... 31

   B. Engagement with Stakeholders ..................................... 37
      1. NHTSA ............................................................. 37
      2. Affected Vehicle Manufacturers ................................. 37
      3. Takata ............................................................ 37
      4. Dealers ........................................................... 38
      5. Independent Repair Facilities ................................... 40
      6. Part Suppliers .................................................... 40
      7. State and Local Governments ..................................... 41
      8. Insurance Companies .............................................. 43

   C. Initiatives ........................................................ 44
      1. Vehicle Owner Canvassing ........................................ 44
      2. Vehicle Owner Identification .................................... 46
      3. Data Analysis .................................................... 47
      4. Formal Recommendations .......................................... 49
      5. Data Visualization ............................................... 53
      6. AirbagRecall.com ................................................. 56
      7. Community Partners ............................................... 58
      8. Paid Advertising ................................................. 61
      9. Summits .......................................................... 61
      10. Outreach Vendors ................................................ 63
      11. Salvage Recovery Vendors ........................................ 63

VII.  ASSESSMENT OF THE TAKATA RECALLS .................................................................. 64

    A.  Lagging Completion Percentages Prior to the ACRO ........................................... 64

    B.  Increasingly Robust Recall Completion Percentages Following the ACRO ........................... 66

VIII. OBSERVATIONS FOR FUTURE SUCCESS ............................................................ 71

    A.  Multi-touch, Multi-channel Communication ...................................................... 71

    B.  Adherence to Monitor Recommendations .......................................................... 80

    C.  Segmented Analysis .............................................................................. 82

    D.  Strategic Forecasting ............................................................................ 84

    E.  Engaging Dealers ................................................................................ 85

    F.  Engaging IRFs ................................................................................... 87

    G.  Scale and Resources ............................................................................. 88

    H.  Cross-Functional Internal Expertise and Experience ........................................... 88

    I.  Canvassing ...................................................................................... 89

    J.  Summary of Monitor's Observations for Success ................................................ 90

IX.  CONCLUSION .............................................................................................. 92

## I.    INTRODUCTION

The Takata airbag inflator recalls are the largest and most complex vehicle recalls in U.S. history.  There are currently 19 affected vehicle manufacturers with an estimated 46 million unrepaired defective airbag inflators under recall in approximately 34 million U.S. vehicles.  The words "grenade" and "ticking time bomb" accurately convey the lethal potential of these defective inflators.[1]  To date, at least 13 people in the U.S. have died from injuries inflicted by defective Takata airbag inflators.  In these fatalities, the Takata airbag inflator, instead of properly inflating to cushion the victim and prevent injury, has detonated in an explosion that tore apart its steel inflator housing and sprayed high-velocity metal shards at the victim.  The victims have died from blunt head trauma, severance of the spine at the neck or extreme blood loss from lacerations to the chest, neck or face.  Hundreds more have been seriously injured by the same kinds of metal shards shooting out from exploding Takata airbag inflators housed inside steering wheels or passenger-side airbag compartments.  These are urgent safety recalls; and the combination of over a dozen affected vehicle manufacturers, tens of millions of affected vehicles and the severity of potential death or serious injury is unprecedented.

The U.S. Department of Transportation's National Highway Traffic Safety Administration ("NHTSA") has issued Coordinated Remedy Orders directing affected vehicle manufacturers to replace all defective Takata airbag inflators in U.S. vehicles.  Most vehicle manufacturers have publicly pledged their commitment to maximizing the completion of recall repairs to the fullest extent possible.

This report assesses the present state of the Takata recalls.  Repair completion rates vary widely by vehicle manufacturer, reflecting uneven historical efforts to tackle the complex task at hand.  While some vehicle manufacturers have, for some time, dedicated significant resources and multi-pronged strategies to complete repairs with successful results, many manufacturers have only recently begun to pursue such efforts and some others continue to trail behind.

This report further details the research, innovative approaches and coordination efforts across the vehicle manufacturing industry that the Monitor, working closely with NHTSA, has provided pursuant to the authorities set out in the Coordinated Remedy Orders.  NHTSA and the Monitor have engaged with the Takata recalls' numerous stakeholders to develop and test strategies now demonstrated by pertinent data to increase significantly recall completion rates.  As affected vehicle manufacturers have embraced these strategies and enhanced their own independent efforts, their completion rates have substantially improved.  Repair rates have doubled or even tripled.  Several affected vehicle manufacturers are also more quickly meeting or even exceeding completion milestones set by NHTSA.

---

[1] "Takata airbags", "Takata inflators" and "Takata airbag inflators" all refer to airbag inflators manufactured and produced by Takata.

Finally, this report looks forward, describing recent initiatives the vehicle manufacturing industry itself has started to apply to the monumental task of removing these dangerous, defective items from all affected U.S. vehicles. From canvassing door-to-door to find vehicle owners, to conducting mobile repairs at homes and places of business, to increasing engagement with local automotive dealers and independent repair facilities, to improving vehicle owner data, many vehicle manufacturers have begun to recognize significant opportunities for improvement and are confronting the challenges head on, working together to develop industry-wide solutions.

## II.   THE DEFECT

An airbag inflator is a metal canister, often made of steel, which holds inside an explosive chemical propellant. As shown in Figure 1 below, inflators are commonly housed in the steering wheel on the driver's side of a vehicle and, depending on the vehicle type, in various other locations in both the driver's and passenger's area, including the passenger dashboard. In an airbag inflator that functions normally, the chemical propellant begins to burn upon activation by an electrical spark initiated as vehicle sensors detect a collision. When functioning properly, the chemical propellant burns in a fast and controlled manner, quickly emitting a gas through vents in the canister out into the airbag, which inflates to cushion the vehicle occupant.



**Figure 1: Diagram Showing Placement of Airbag and
Inflator in a Steering Column**

2

The danger posed by defective Takata airbag inflators stems from the tendency of the chemical propellant used in those defective inflators to burn in an uncontrolled manner—too fast and with too much explosive force. The metal canister cannot contain the explosion and breaks apart into sharp metal shrapnel that sprays out through the airbag and toward occupants of the vehicle. To many occupants who have experienced the explosion of a defective Takata airbag inflator, it is as if a bomb detonated in their vehicle. Figure 2 contains photographs of various vehicles in the aftermath of such an explosion. Figure 3 contains photographs of the metal shrapnel that shoots out of the disintegrating defective airbag inflators.





**Figure 2: Photographs of Vehicles with an Exploded Driver-Side or Passenger-Side Defective Takata Airbag Inflator**

 



**Figure 3:  Photographs of Disintegrated Defective Takata Airbag
Inflator Shrapnel Following Explosion**

4

**Introductory Message—*The State of the Takata Recalls***

The Takata air bag recalls are the largest and most complex vehicle recalls in U.S. history. Currently these recalls involve 19 vehicle manufacturers and approximately 46 million Takata air bag inflators in an estimated 34 million vehicles in the United States alone. The U.S. Department of Transportation's National Highway Traffic Safety Administration (NHTSA) has a steadfast commitment to the safety of the American public, and has taken unprecedented steps in overseeing the Takata recalls to fulfill this commitment. Below is a brief overview of the efforts NHTSA has taken to ensure that every defective Takata inflator is replaced as quickly as possible:

- NHTSA's Coordinated Remedy Program: Recognizing that the unprecedented Takata recalls involve many challenges, in November 2015 NHTSA established a Coordinated Remedy Program, which prioritizes and phases the various Takata recalls to not only accelerate the repairs, but ensure that the highest-risk vehicles are fixed first. As part of the Program, NHTSA urged the vehicle manufacturers to take innovative and proactive actions to maximize recall completion rates, including conducting creative consumer outreach campaigns at nontraditional venues such as sporting events and through large employers, offering mobile repair programs, and door-to-door community engagement.

- Consent Orders Issued to Takata: Through its Consent Orders with Takata, NHTSA retained an Independent Monitor with authority to assist NHTSA in overseeing and monitoring the Coordinated Remedy Program. Under NHTSA's direction, the Independent Monitor provided coordinated communications recommendations to the affected vehicle manufacturers to promote effective consumer-outreach strategies. The Monitor also provided recommendations regarding strategic outreach efforts, forecasting tactics, and dealer engagement activities. Both NHTSA and the Independent Monitor work with manufacturers to incorporate these recommendations into their recall activities.

- Engagement With Vehicle Manufacturers and Part Suppliers: To effectively oversee the various facets of the Takata recalls, NHTSA regularly engages with vehicle manufacturers and parts suppliers on topics including remedy completion rates, remedy parts supply, and consumer-outreach efforts. This engagement includes regular meetings and calls with vehicle manufacturers, part suppliers, and the Independent Monitor. NHTSA and the Monitor have also held several summits for all affected vehicle manufacturers to collectively share their experience and best practices on recall completion efforts, and to collaborate on opportunities to efficiently and effectively reach vehicle owners and remedy their vehicles.

- <u>Additional Consumer Awareness Efforts:</u> NHTSA continues to engage in efforts to increase consumer awareness of recalls through social, paid, and earned media. In 2017, NHTSA engaged in a radio tour educating the public on safety recalls and how consumers can check their VIN to find out if their vehicle is affected by a recall. NHTSA also maintains a Takata Recalls Spotlight webpage providing extensive information to the public and hosting a video to help consumers understand the Takata recalls and what actions the consumer should take.

As 2017 draws to a close, there is an opportunity to reflect on the lessons learned, and to identify and embrace those activities that have proven most successful as we move forward. To that end, the Independent Monitor of Takata provided NHTSA with a thorough report on the present state of the recalls, which NHTSA is making publicly available. This report provides an overarching assessment of the progress that's been made to date, and identifies some key observations for the future. The report shows the progress made by manufacturers to improve completion rates during these unprecedented recalls. However, there is still much to be done by all involved.

NHTSA will continue its vigilant oversight of the Takata recalls and will ensure that manufacturers continue to make appropriate efforts to maximize recall completion. In doing so, NHTSA will continue to advocate for consumers and take the necessary steps to ensure that every defective Takata inflator is replaced as quickly as possible.



U.S. Department of Transportation
**National Highway Traffic Safety Administration**

2



**Consequence**

AFTER A PERIOD OF CONTINUOUS USE ON THE HIGH SPEED SETTING, LACK OF GREASE ON THE OUTPUT SHAFT GEAR MAY CAUSE THE GEAR TO DISTORT OR FRACTURE DURING OPERATION RESULTING IN A LOSS OF WIPER FUNCTION. INOPERATIVE WIPERS UNDER INCLEMENT WEATHER CONDITIONS COULD CAUSE A CRASH DUE TO IMPAIRED VISIBILITY.

**What Owners Should Do**

DEALERS WILL INSPECT THE WIPER MOTOR FOR THE PRESENCE OF GREASE AND GREASE THE WIPER MOTOR GEARS IF NECESSARY. THE RECALL BEGAN ON NOVEMBER 22, 2005. OWNERS MAY CONTACT FORD AT 1-800-392-3673 OR LINCOLN/MERCURY AT 1-800-521-4140.

| Recall Number | Recall Date |
|---|---|
| 16V036000 | 01/25/2016 |

**Component**

**AIR BAGS:FRONTAL:DRIVER SIDE INFLATOR MODULE**

**Summary**

Ford Motor Company (Ford) is recalling certain model year 2004-2006 Ranger vehicles manufactured March 24, 2003, to May 4, 2006. Upon deployment of the driver side frontal air bag, excessive internal pressure may cause the inflator to rupture.

**Consequence**

In the event of a crash necessitating deployment of the driver's frontal air bag, the inflator could rupture with metal fragments striking the vehicle occupants potentially resulting in serious injury or death.

**What Owners Should Do**

Ford will notify owners, and dealers will replace the air bag inflators, free of charge. The recall began February 26, 2016. Owners may contact Ford customer service at 1-866-436-7332. Ford's number for this recall is 16S03. Note: This recall supersedes 14V-343 and only applies to Rangers manufactured in North America.

| Recall Number | Recall Date | Component |
|---|---|---|
| 11V352000 | 07/13/2011 | EXTERIOR LIGHTING:TAIL LIGHTS |

**Summary**

1  ADDITIONAL POSTPONEMENT, OF THE PREVENTION
2  OF INJURIES AND DEATHS DUE, TO THEM PLACING
3  A GRENADE IN THE STEERING COLUMN OF THE
4  2006 FORD RANGER ON NOVEMBER 10, 2017.
5  NHSTA, STATED, "IT WAS REJECTING A PETITION
6  BY FORD TO DELAY RECALL OF ABOUT 3 MILLION
7  VEHICLES WITH POTENTIALLY DEFECTIVE AIR BAG
8  INFLATORS. FORD MOTOR CAMPANY NOT ONLY
   PLACED THE BOMBS IN THE STEERING COLUMNS OF
9  THE 2006 FORD RANGERS BUT ALL FORD RANGERS
10 FROM 2006 UNTIL AT LEAST 2014.
11          42. FORD MOTOR COMPANY, CAME WITH
12 EVERY EXCUSE IN THE BOOKS TO NOT HAVE THE
13 RECALL. NOVEMBER 30, 2017, FORD MOTOR
14 COMAPNAY GLOBAL DIRECTOR TOLD NHSTA THEY
15 DIDN'T HAVE THE SUPPLY. THAT IS FALSE FORD
16 MOTOR COMPANY HAD THE SUPPLIES TO SELL BUT
   NOT TO PROVIDE AS INSTRUCTED BY NHSTA. THE
17 PLAINTIFF IN THIS CASE WAS TOLD HE COULD
18 BUY THE AIR BAG AND WAS GIVEN A PRICE BUT
19 FORD COULD NOT PROVIDE THE AIR BAG AS
20 ORDERED BY THE NHSTA. IN FACT AS OF TODAYS
21 DATE FORD MOTOR HAS FAILED THE ORDERS OF
22 NHSTA.
23          43. FORD MOTOR CAMPANY, GLOBAL
24 DIRECTOR AGAIN REQUESTED, AN ADDITION
25 EXTENSION OF TIME, DECEMBER 18, 2017, TO
26 ACCOMADATE THE ORDER OF NHSTA SPECIFICALLY.

### PAGE FIFTEEN

27 FIRST AMENDED COMPLAINT                 CARREA CHRISTOPHER

28 **CASE NO.:CV17-738(RSL)**              P.O. BOX 741272

                                          SAN DIEGO, CALIF. 92174

*GOD is LOVE*

*12-10-16*

WASHINGTON — The U.S. National Highway Traffic Safety Administration said on Friday it was rejecting a petition by Ford to delay recall of about 3 million vehicles with potentially defective Takata airbag inflators.

The agency said it did not find the request by the second largest U.S. automaker to defer a recall until additional testing was conducted "reasonable under the circumstances or supported by the testing and data it has collected to date."

Takata inflators can explode with excessive force, unleashing metal shrapnel inside cars and trucks. At least 18 deaths and 180 injuries worldwide have been tied to the defect that led Takata to file for bankruptcy protection in June and prompted at least 19 automakers to issue recalls.

NHTSA also rejected a similar petition filed by Mazda covering about 6,000 vehicles.

Ford did not immediately say if it plans to challenge the agency's decision. "We will cooperate with the agency, as we always do," a spokeswoman said. The vehicles in question include the 2007-11 Ford Ranger, 2006-12 Fusion and Lincoln MKZ, 2006-11 Mercury Milan, and 2007-10 Ford Edge and Lincoln MKX.

In June, NHTSA said new testing prompted Takata to declare inflators defective in Ford, Nissan and Mazda vehicles in some driver-side airbags. Nissan agreed to a recall of 515,000 vehicles in July.

NHTSA did agree in 2016 to a request by General Motors to delay a recall of 2.5 million vehicles with Takata inflators as the Detroit automaker conducts additional testing to determine if the vehicles should have replacement inflators.

Separately, a report issued Friday by an independent monitor of the Takata recalls said more than 10 million U.S. vehicles and 18.5 million faulty Takata airbag inflators remain unrepaired in the largest ever auto safety recall.

Takata said in June that it has recalled, or expected to recall, about 125 million vehicles worldwide by 2019, including more than 60 million in the United States.

The report said there are 43.1 million Takata airbag inflators under recall in 31.5 million vehicles today, with scheduled expansion to about 65 million inflators by the end of 2018. Of those, 24.6 million inflators in 20 million vehicles have been repaired, the report found.

In 2019, another 4.1 million vehicles will be recalled to replace interim repair inflato



*Reporting by David Shepardson*

**Related Video:**

available, Ford will notify all owners of 2004-2006 Ford Ranger vehicles identified as non-Zone A before March 31, 2018 that final remedy parts are available.

Additionally, with respect to 2004-2006 Ford Ranger (Non-A) vehicles, Ford requests relief from the requirements of Paragraph 44 of the Fifth Amendment to the November 3, 2015 Coordinated Remedy Order dated November 9, 2017 to notify owners of a parts delay for Priority Groups 4, 5, and 6 vehicles for which programs have not yet launched. Ford is scheduled to begin sending letters announcing the availability of final repair parts beginning in December 2017 and will complete that mailing before March 31, 2018. We believe that sending the notifications required under Paragraph 44 in such close proximity with final repair letters will be confusing for owners and will dilute the effectiveness of the final repair notifications.

If you have any questions, please feel free to contact me.

Sincerely,

Desi Ujkashevic



**Wayne E. Bahr, Global Director**
Automotive Safety Office
Sustainability, Environment & Safety Engineering

**Fairlane Plaza South, Suite 400**
330 Town Center Drive
Dearborn, MI 481262738

November 30, 2017

Arija Flowers
Office of Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, S.E.
Washington, DC 20590

Dear Ms. Flowers:

Subject:  Ford Motor Company Notice of Anticipated Shortage and Request for Extension

On April 5, 2017, Ford Motor Company (Ford) requested an extension to the Sufficient Supply & Remedy Launch Deadlines for Priority Groups 4 through 8 following the requirements of Third Amendment to the Coordinated Remedy Order.  On November 9, 2017, NHTSA issued the Fifth Amendment to the November 3, 2015 Coordinated Remedy Order (the "Fifth Amendment") that amended certain deadlines for Ford.  As discussed in a phone call with members of the Agency's Office of Chief Counsel on November 29, 2017, due to significant setbacks regarding final replacement part validation and the complexity associated with developing different engineering solutions for each vehicle program, Ford will be unable to meet the deadlines for Priority Groups 4 and 5 of November 30, 2017, and December 31, 2017.  Ford also anticipates that, until final replacement solutions have been validated, it may not be able to meet some of the deadlines for future Priority Groups. Therefore, Ford respectfully requests a further extension of the launch schedule set forth in Paragraph 30 of the Fifth Amendment.

Because of variable development factors affecting timing, Ford is unfortunately unable to provide exact dates for its further extension request at this time.  Some of the delays are due to validation test failures that have resulted in additional iterative design changes and validation testing.  We have also been forced to migrate from a simpler inflator replacement remedy to a more complex and time-consuming new airbag and inflator module replacement remedy for certain vehicles. However, Ford is committed to working with NHTSA and the Coordinated Remedy Monitor team to provide timely updated information on an ongoing basis for the numerous vehicle programs covered.  The timing will vary by vehicle program and inflator type. Ford will submit an updated extension request with specific timing requests for each vehicle program when data become available.

- 2 -

If you have any questions, please feel free to contact me.


Sincerely,

*for* Wayne E. Bahr

United States Department of Transportation

🔍

← **NEWS**

# NHTSA Issues Statement on 2006 Ford Ranger

Share:   f   𝕏   in   ✉

**January 11, 2018 | Washington, DC**

Today, Ford issued a critical warning that certain recalled model year 2006 Ford Rangers with defective Takata air bags are an immediate risk to safety.  Affected owners are urged not to drive these vehicles and to contact Ford immediately to schedule a free repair. Ford announced that it will send mobile repair teams to owners' homes, tow vehicles to a local dealership for repair, and provide loaner vehicles – all free of charge.

NHTSA is asking the media and the public to help spread the word. It's critical that this message reaches all affected owners. NHTSA's top priority is safety; it is extremely important that all high-risk air bags are tracked down and replaced immediately.

NHTSA will continue to ensure all consumers are kept informed of current and future recalls. To stay informed and safe, NHTSA urges all drivers to take the following five actions.

1. Visit NHTSA.gov to find out if your car or truck is under recall. Search using your Vehicle Identification Number (VIN). Your search result will tell you if your car or truck is included in this or any other safety recall at this time. Vehicles scheduled for future recalls will not show up in this search, so it is important that you check regularly, at least twice per year.



Desi Ujkashevic, Global Director
Automotive Safety Office
Sustainablity,Environment & Safety Engineering

Fairlane Plaza South, Suite 400
330 Town Center Drive
Dearborn,MI 48126-2738

December 18, 2017

Arija Flowers
Office of Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, S.E.
Washington, DC 20590

Dear Ms. Flowers:

Subject: Ford Motor Company Request regarding Priority Group 4 Ford Ranger vehicles

This letter supplements Ford's request for extension dated November 30, 2017, and is
sent to follow-up on our phone call of December 8, 2017. With respect to 2004-2006
Ford Rangers with an SDI inflator that is part of NHTSA recall campaign 16V-036,
Ford respectfully requests:

- An extension of the Sufficient Supply & Remedy Launch Deadline for 2004-
  2006 Ford Ranger DAB (A)[1] from November 30, 2017 to **December 31, 2017**
- An extension of the Sufficient Supply & Remedy Launch Deadline for 2004-
  2006 Ford Ranger DAB (Non-A) from December 31, 2017 to **March 31, 2018**
- Relief from mailing of parts delay letter to owners of 2004-2006 Ford Ranger
  (Non-A) vehicles

Both the driver and passenger final remedy parts for the 2004-2006 Ford Ranger
vehicles have become available at the same time. In order to minimize the
inconvenience to our customers and to maximize recall completion rates, Ford is
launching a final remedy program on 2004-2006 Ford Ranger vehicles that includes
replacing both the driver and passenger inflators during the same repair. As
discussed, Ford proposes to mail to the states of California and South Carolina by
December 31, 2017, and to also include the rest of Zone A. Even though Ford already
launched a program to customers in the other Zone A states with "like for like" interim
repair parts, Ford believes that it is in the interest of safety to notify customers in the entire
Zone A region about the availability of final repair parts.

Ford intends to mail all owners of vehicles identified as Zone A by December 31, 2017,
notifying them that final remedy parts are available for their vehicle beginning in
January 2018. If a customer in Zone A contacts their dealer before January 2018,
parts should already be available. As final remedy parts continue to become

---

[1] California and South Carolina only.

FOR 2004-2006 FORD RANGERS, AS FORD DID EVERY MONTH.

44. FORD MOTOR CAMPANY HAS A POWERFUL MARKETING DEPARTMENT, THAT COULD HAVE GOTTEN THE WORD OUT THEIR VEHICLES WERE DANGEROUS. FORD MOTOR COMPANY HAS STRONG MARKETING TO SELL THEIR UNSAFE PRODUCTS BUT REFUSES TO MARKET THE FACT OF THE NUMEROUS AND ABUNDANT SAFETY DEFECTS IN THE YEAR 2015 BUT FAILED TO ALL THE WAY UP TO THE PRESENT DATE.

45. NHSTA, AFTER THE REFUSAL AND MANY EXCUSES, JANUARY 11, 2018, ISSUED PUBLIC STATEMENTS OF CRITICAL WARNINGS OF THE DANGERS DUE TO FORD NOT GETTING THE WORD OUT AND HAD TO ASK THE MEDIA AND THE PUBLIC TO SPREAD THE WORD BECAUSE FORD REFUSED TO FROM THE BEGINNING PRIOR TO THE INJURY OF THE PLAINTIFF.

46. NHSTA,AFTER THE REFUSAL OF FORD MOTOR COMPANY TO PROPERLY NOTIFY THE OWNERS AND DRIVERS OF THE 2006 FORD RANGER, REQUESTED THE UNITED STATES CONGRESS, TO HOLD SENATE HEARING DUE TO THE FAILURE OF FORD MOTOR CAMPANY.

## PAGE SIXTEEN

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

# United States Senate

WASHINGTON, DC 20510

January 18, 2018

The Honorable John Thune
Chairman
Committee on Commerce, Science, and
Transportation
512 Dirksen Senate Office Building
Washington, DC 20510

The Honorable Bill Nelson
Ranking Member
Committee on Commerce, Science, and
Transportation
716 Senate Hart Office Building
Washington, DC 20510

Dear Chairman Thune and Ranking Member Nelson,

We write to respectfully request that the Senate Commerce, Science, and Transportation Committee hold a hearing on the recall of defective Takata air bags.

While the deaths attributable to this deadly defect continue to rise, millions of defective and highly volatile Takata air bags remain on our nation's roads, putting the driving public in danger. Recently, the National Highway Traffic Safety Administration (NHTSA) confirmed that defective Takata air bags claimed their 21th victim worldwide and 15th victim in the United States.[1]  Just last week, NHTSA determined that 2006 Ford Rangers pose "an immediate risk to safety" and urged owners "not to drive" these vehicles because they contain high-risk defective Takata air bags.[2]  Yet, as of the third quarter of 2017, less than half of the 46 million defective Takata air bags currently under recall have been repaired.[3]  Further, by the end of 2018, an additional 19 to 24 million affected air bags are scheduled to be added to the recall as they reach a state of instability due to various factors, including age, geography, and inflator position.[4]

With such a high volume of defective air bags and such low completion rates, automakers may be unable to meet NHTSA's deadlines to complete the recalls.  NHTSA has prioritized vehicles into groups based on the vehicle's risk of air bag explosion and issued deadlines for recall completion for each priority group.[5]  Millions of occupants will be at heightened risk should these much needed repairs not be quickly completed.

---

[1] Shepardson, David. "Ford Urges 2,900 Pickup Owners to Stop Driving After New Takata Death." *Reuters*, 11 Jan. 2018, www.reuters.com/article/us-ford-takata/ford-urges-2900-pickup-owners-to-stop-driving-after-new-takata-death-idUSKBN1F02GN.
20th Death from Faulty Takata Air Bags Reported by Honda. 20 Dec. 2017, www.cbsnews.com/news/20th-death-from-faulty-takata-air-bags-reported-by-honda/.
[2] Shepardson, David. "Ford Urges 2,900 Pickup Owners to Stop Driving After New Takata Death." *Reuters*, 11 Jan. 2018, www.reuters.com/article/us-ford-takata/ford-urges-2900-pickup-owners-to-stop-driving-after-new-takata-death-idUSKBN1F02GN.
[3] Buretta, John D. The Independent Monitor of Takata and the Coordinated Remedy Program - The State of the Takata Airbag Recalls. The National Highway Traffic Safety Administration, 2017, The Independent Monitor of Takata and the Coordinated Remedy Program - The State of the Takata Airbag Recalls, www.nhtsa.gov/sites/nhtsa.dot.gov/files/documents/the_state_of_the_takata_airbag_recalls-report_of_the_independent_monitor_112217_v3_tag.pdf.
[4] Ibid
[5] National Highway Traffic Safety Administration. 16 Dec. 2016, Third Amendment to the Coordinated Remedy Order. https://www.nhtsa.gov/sites/nhtsa.dot.gov/files/documents/final_public_-_third_amendment_to_the_coordinated_remedy_order_with_annex_a-corrected_12.16.16.pdf

As the Committee with jurisdiction over automobile safety, it is our obligation to explore opportunities to eliminate these deadly defects as quickly as possible and to hold accountable any entities responsible for the delay or who fail to provide adequate protections for their customers as they wait for replacement parts.  It has been over two years since this Committee last held a hearing on the Takata air bag recall. Since then, there have been several additional deaths and numerous serious injuries related to defective Takata air bag ruptures.  In addition, Takata recently sought bankruptcy protection, which may limit compensation for victims and funds to replace defective air bag inflators—a concerning factor for many consumers.

It is time for the Committee to reconvene on this matter and identify constructive ways to speed up the pace of the Takata recall and protect drivers who are currently at risk.  Any delays in the availability of replacement parts for recalls puts the public at increasing levels of risk, as defective air bags can become more volatile over time.

We thank you for your attention to this important matter.

Sincerely,

Edward J. Markey
United States Senator

Richard Blumenthal
United States Senator

CC:  The Honorable Mitch McConnell, U.S. Senate Majority Leader
     The Honorable Charles E. Schumer, U.S. Senate Minority Leader

2



MENU    SUBSCRIBE ›  PRO   WATCHLIST



SIGN UP AND BE ENTERED TO WIN A VIP
NBC OLYMPICS EXPERIENCE IN LAKE PLACID    ENTER TO WIN

# Ford urges 2,900 pickup owners to stop driving after new Takata death

Published 1:01 PM ET Thu, 11 Jan 2018

WASHINGTON, Jan 11 (Reuters) - Ford Motor Co said Thursday it had confirmed a second death in a older pickup truck caused by a defective Takata airbag inflator and urged 2,900 owners in North America to stop driving immediately until they can get replacement parts.

The second largest U.S. automaker said it was able to confirm in late December that a July 2017 crash death in West Virginia in a 2006 Ford Ranger was caused by a defective Takata inflator. It previously reported a similar death in January 2016.

Ford said both Takata deaths occurred with inflators built on the same day. At least 21 deaths worldwide are believed linked to the Takata inflators that can rupture and send deadly metal fragments that has led to the largest automotive recall in history. All of the other deaths have occurred in Honda Motor Co vehicles. (Reporting by David Shepardson Editing by Chizu Nomiyama)

FROM THE WEB                          Sponsored Links by Taboola

**Bitcoin is Dead - This Will Make Investors Rich in 2018**
Bonner and Partners Subscription

**Reclusive Millionaire Warns: "Get Out Of Cash Now"**
DailyWealth

**This $22 Tech Stock is Set to Soar by 2020 (50 Billion Devices)**
Banyan Hill Publishing

**Top Gut Doctor Boils Weight Loss Down To One Secret**
United Probiotics Supplement

Today's
Mortgage Rate

# 3.04%

APR 15 Year Fixed

Select Loan Amount

# $225,000

Calculate Payment ›



Terms & Conditions apply. NMLS#1136

FROM THE WEB                Sponsored Links by Taboola

**The Highest Paying Cash Back Card Has Just Hit The Market**
Credit.com

## III.  REPORTED FATALITIES AND INJURIES

Thus far, defective Takata airbag inflators have caused 13 confirmed fatalities in the United States, involving people from all walks of life.



**Figure 4:  Confirmed Takata Airbag Inflator Fatalities**

The 13 confirmed fatalities occurred in California (3), Florida (3), Texas (2), Louisiana (1), Oklahoma (1), Pennsylvania (1), South Carolina (1) and Virginia (1).

**The 10 Most Comfortable Cars Under $30,000**
Kelley Blue Book

**One Man's Honest Review Of HelloFresh**
Popdust for HelloFresh

San Diego, California: This Brilliant, Tiny Company
EverQuote Insurance Quotes                                    ✕

It's Like eBay, But Everything Sells in 90 Seconds.
Tophatter

Constant Fatigue? Heart Surgeon Warns: "These
Commons Foods Coul...
Gundry MD

## MORE FROM CNBC

by Taboola

by Taboola

Cramer: I've never seen a market like this in my life

Stocks making the biggest moves premarket: JNJ, PG, VZ, JPM, NFLX, ADBE & more

People are eating Tide laundry pods and this is what owner P&G is doing about it

Jay Leno: The No. 1 mistake people make when buying a car

Trump is right to take credit for the booming stock market, says billionaire Blackstone CEO Schwarzman

Atlanta and these four other cities are most likely to get Amazon's new headquarters: Tech analyst

Steve Wozniak is still on Apple's payroll four decades after co-founding the company

Facebook is a 'living, breathing crime scene,' says one former tech insider
(NBC News)

Trump's weak poll numbers don't tell the real story

We accidentally stole a yogurt from Amazon's new grocery store, but Amazon told us to keep it

Here's how your senators voted on the government shutdown

An allegedly damning memo about the FBI and DOJ is electrifying Republicans — online and in Congress

Promoted Links

47. FORD MOTOR CAMPANY, MANY
YEARS AFTER KNOWLEDGE OF THE DANGERS OF THE
2006 FORD RANGER AND TWO YEARS AFTER THE
INJURY OF THE PLAINTIFF DUE TO THEIR
PRODUCT ISSUED A THREE PARAGRAPH STATEMENT
A FAR CRY FROM THEIR EXCLUSIVE FASHIONABLE
MASS MEDIA SELLS ADVERTISMENT IN A SECTION
FEW ARE LIKELY AND PROBABLE TO VIEW,
JANUARY 11, 2018 TO STOP DRIVING 2006 FORD
RANGERS, BUT FAILED TO GIVE OPTIONS.

48. FORD MOTOR CAMPANY, ISSUED
THE REQUEST NOT TO DRIVE THE 2006 FORD
RANGER MANY YEARS AFTER THEY KNEW OF THE
DANGER AND AFTER MANY INJURIES AND FAR TO
MANY DEATHS AND MOR THEN TWO YEARS AFTER
THE PLAINTIFF WAS INJURED.


**FORD MOTOR COMPANY KNOWLEDGE OF THE DEFECT
AND FORD REFUSAL AND REJECTION TO WARN
DRIVERS**

JURISDICTION: UNITED STATES DISTRICT
COURT,FOR THE STATE OF WASHINGTON, HAS
TAKEN VENUE OF NUMEROUS, FORD MOTOR
COMPANY, CASES, AS BOTH DEFENDANTS AND
PLAINTIFF'S. IN THE UNITED STATES DISTRICT
COURTS, THERE MUST BE UNIFORMITY OF THE

### PAGE SEVENTEEN

LAW. TO DENY A PRO PER LITIGANT FOR A MORE
STRINGENT AND RIGOROUS VENUE REQUIRMENT IS
CONTRARY TO BOTH UNITED STATES SUPREME
COURT HOLDINGS(ERICKSON V.PARDUS, 551 U.S.
89, 94 (2007)AND THE NINTH CIRCUIT HOLDINGS
(HEBBE V.PLILER  CASE NO. 07-17265  DECIDED
JULY 29, 2010) THE SUPREME COURT REMINDED
US AFTER IGBAL AND TWOMBLY IN THE ERICKSON
DECISION THEY DO NOT ALTER COURTS TREATMENT
OF PRO SE LITIGANTS, "WE CONTINUE TO
CONSTRUE PRO SE LITIGANTS FILINGS
LIBERALLY. THERE SHOULD ACTUALLY BE A LESS
STRINGENT REQUIRMENT FOR PRO SE LITIGANTS
PURSUANT TO THE UNITED STATES SUPREME
COURT. THE RECALL COVERS EVERY STATE OF THE
NATION INCLUDING WASHINGTON


        49. DESPITE THE HIGH NUMBER OF
RECALLS AND COMPLAINTS OF THE DANGERS POSED
BY THE DEFECTS, FORD CONTINUES TO CONCEAL
ITS EXISTTENCE FROM CURRENT AND POTENTIAL
CUSTOMERS ALIKE. FORD HAS NOT WARNED
CONSUMERS.
        50. FORD CONCEALS THE DEFECTS
EVEN THOUGH IT KNOWS IT IS NOT REASONABLY
DISCOVERABLE BY CONSUMERS UNLESS THEY
EXPERIENCE A FAILURE AND ARE EXPOSED TO THE

**PAGE EIGHTEEN**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

ATTENDANT RISKS.

51. FORD REMAINS SILENT EVEN AS IT CONTINUES TO RECEIVE COMPLAINTS FROM CONCERNED DRIVERS AND THE NHTSA INVESTIGATORS, AND FORD KNOWS THE 2006 FORD RANGER IS EXTREMLY DANGEROUS. THEY THEMSELVES ADMITT THE VEHICLE SHOULD NOT BE DRIVEN BUT REFUSE TO CONVEY TO THE GENERAL PUBLIC.

52. AS A RESULT OF FORD'S INACTION AND SILENCE, CONSUMERS ARE UNAWARE AS THE PLAINTIFF CONTINUE TO DRIVE THESE UNSAFE VEHICLES. IN ADDITION AS THE PLAINTIFF WHO EXPERIENCED A FAILURE AND BROUGHT THEIR VEHICLES TO A DEALERSHIP FOR REPAIRS ARE REFUSED.

53. NHSTA, ISSUED A NOTICE OF INTENT MAY 22, 2015, AND PUBLISHED IT AFTER GOING OVER THE DEFECTS OF THE 2006 FORD RANGER AIR BAG WITH FORD MOTOR COMAPNY, ENCOURAGING THEM AND ORDERING FORD MOTOR CAMPANY, TO MAKE IT KNOWN TO THE GENERAL PUBLIC, IN THE FEDERAL REGISTAR WEBSITE.

54. AT THE INSISTENCE OF NHSTA NOTIFIED FORD THAT 2006 FORD RANGERS AIR BAG AND INFLATOR IS DANGEROUS.

### PAGE NINETEEN

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

PLAINTIFF EXPERIENCE:

55. THE PLAINTIFF, CARREA CHRISTOPHER, HAD JUST CAME FROM SEATTLE TO SAN DIEGO WHEN HE CAME TO A COMPLETE STOP WEST BOUND AT 47TH AND IMPERIAL, SAN DIEGO, CALIFORNIA, PRIOR TO HIS ROUTE BACK TO SEATTLE ,WASHINGTON. ANOTHER SMALL TRUCK PULLED IN FRONT OF THE PLAINTIFF BUT WAS STUCK IN THE INTERSECTION. INSTEAD OF GOING THROUGH THE INTERSECTION HE BACKED INTO THE PLAINTIFF. THE AIRBAG THEN EXPLODED WITH SUCH FORCE THE PLAINTIFF WENT UNCONSIOUS, WHEN HE WAS AWAKEN HE LOOK AND "SEEN THE AIR BAG HAD EXPLODED. THE PARAMEDICS AND SAN DIEGO POLICE ARIVED WITHIN TWO MINUTES.THE OUTSIDE OF THE TRUCK WAS DAMAGED SOME WHAT, BUT THE AIRBAG CAUSED THE MOST INJURIES TO THE PLAINTIFF. THE PLAINTIFF ASK THE SAN DIEGO POLICE DEPARTMENT WHAT HAPPEN THEY EXPLAIN THE BAG EXPLODED AT A HIGHER THEN USUAl PRESSURE. THEY TOOK PICTURE OF THE PLAINTIFF AND THE TRUCK FOR SOME TIME. THE PLAINTIFF SIDE AND CHEST AND BACK WAS ACHING. THE PLAINTIFF PHYSICIAN HAD ARANGED FOR A FULL CHECK UP THE NEXT MORNING.

**PAGE TWENTY**

FIRST AMENDED COMPLAINT

**CASE NO.:CV17-738(RSL)**

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

57. THE PLAINTIFF, TOOK THE VEHICLE TO A FORD DEALER TO BE REPAIRED AND WAS TREATED DISRESPECTFUL AND ILL MANNERED AND WAS ANGRY AT THE PARTS DEPARTMENT FOR INFORMING THE PLAINTIFF THE ARIBAG WAS RECALLED DUE TO EXCESSIVE EXPLOSIN. THE DEALER STATED PLAINTIFF COULD PURCHASE AN AIR BAG BUT THEY DID NOT HAVE AIR BAGS FOR THE RECALL AND THREATEN TO CALL POLICE OFFICERS TO REMOVE THE PLAINTIFF FROM THE FACILITY BECAUSE HE ASKED WHY. FORD MOTOR COMPANY WHEN CONTACTED AND COMMUNICATED WITH WAS JUST AS MISLEADING AND DECEITFUL AS THE DEALER

58. THE PLAINTIFF STILL SUFFERS TO THE PRESENT DATE, ESPECIALLY KNOWING IT COULD HAVE BEEN PREVENTED.

**TOLLING OF THE STATUTES OF LIMITATIONS**

59. ACTIVE CONCEALMENT TOLLING: ANY STATUTES OF LIMITATIONS ARE TOLLED BY FORD'S KNOWING AND ACTIVE CONCEALMENT OF THE FACTS THAT THE AIR BAG OF THE VEHICLE SUFFERED FROM DEFECTS. FORD HAD A DUTY TO DISCLOSE THIS DEFECT AND ITS CONSEQUENT PERFORMANCE AND SAFETY PROBLEMS TO

**PAGE TWENTY ONE**

PLAINTIFF AND THE GENERAL PUBLIC BECAUSE
FORD HAD KNOWLEDGE OF THIS DEFECT AND THE
DEFECT WAS NOT KNOWN TO NOR EASILY
DISCOVERABLE BY PLAINTIFF AND OTHERS.
DESPITE ITS AFFIRMATIVE DUTY TO
DISCLOSE(NHSTA RECALL REQUIRMENT)THE NATURE
AND EXISTENCE OF THIS DEFECT, FORD KEPT THE
PLAINTIFF IGNORANT OF VITAL INFORMATION
ESSENTIAL TO THE PURSUIT OF THEIR CLAIM,
WITHOUT ANY FAULT OR LACK OF DILLIGENCE ON
THE PART OF THE PLAINTIFF. THE DETAILS OF
FORD'S EFFORTS TO CONCEAL ITS ABOVE-
DESCRIBED UNLAWFUL CONDUCT ARE IN ITS
POSSESSION, CUSTODY AND CONTROL, TO THE
EXCLUSION OF PLAINTIFF. PLAINTIFF COULD NOT
HAVE REASONABLY DISCOVERED THE FACTS OF THE
AIRBAG AND INFLATOR DEFECTIVE.

60.EQUITABLE TOLLING. FORD TOOK
ACTIVE STEPS TO CONCEAL THE FACT THAT IT
WRONGFULLY, IMPROPERLY, ILLEGALLY, AND
REPEATEDLY MANUFACTURED, MARKETED,
DISTRIBUTED, SOLD THE 2006 FORD RANGER WITH
DEFECTIVE AIR BAG AND INFLATORS EXSPOSED TO
TO MUCH HUMIDITY FROM THE FACTORY THAT
CAUSED EXSPLOSIVE DEFECTS. THE DETAIL OF
FORDS EFFORTS TO CONCEAL ITS ABOVE-

**PAGE TWENTY TWO**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

DESCRIBED UNLAWFUL CONDUCT ARE IN ITS
POSSESSION, CUSTODY, AND CONTROL, TO THE
EXCLUSION OF PLAINTIFF. HOWEVER, FORD'S
FAILURE TO DISCLOSE AND ACTIVE CONCEALMENT
OF THE DEFECTS AMOUNTS TO BAD FAITH AND
DECEPTION IN AND OF ITSELF. WHEN PLAINTIFF
LEARNED ABOUT THIS MATERIAL INFORMATION, HE
EXERCISED DUE DILLIGENCE BY THOROUGHLY
INVESTIGATING THE SITUATION AND PURSUING
HIS CLAIM. FORD FRAUDULENTLY CONEALED ITS
ABOVE-DESCRIBED WRONGFUL ACTS. SHOULD SUCH
TOLLING BE NECESSARY, THEREFORE, ALL
APPLICABLE STATUTES OF LIMITATION ARE
TOLLED UNDER THE DOCTRINE OF EQUITABLE
TOLLING.


## FRAUDULENT CONCEALMENT/NONDISCLOSURE


        61. PLAINTIFF RE-ALLEGE AND
INCORPORATE BY REFRENCE ALL PROCEEDING
PARAGRAPHS.
        62. FORD KNEW OR SHOULD HAVE
KNOWN THAT THE 2006 FORD RANGER WERE AND
ARE DEFECTIVE IN THE MATERIALS AND
### PAGE TWENTY THREE
FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

WORKMANSHIP OF THE 2006 FORD RANGER WITH
THE ENCLOSURE OF A BOMB IN THE STEERING
COLUMN.

      63. FORD FRAUDULENTLY CONCEALED
FROM AND/OR FAILED TO DISCLOSE TO PLAINTIFF
AND THE GENERAL PUBLIC AND DRIVERS THE
DEFECT.

      64. FORD WAS AND IS UNDER A DUTY
TO THE PLAINTIFF TO HAVE DISCLOSE THE
DEFECTS FACTS BECAUSE:

    A.  FORD IS IN A SUPERIOR
        POSITION TO KNOW THE FACTS
        REGARDING THE DEFECTS IN THE
        2006 FORD RANGER, AND THAT
        THE FACTS IS/WAS LATENT AND
        NOT EASILY DISCOVERABLE BY
        PLAINTIFF AND OTHERS.

    B.  FORD WAS UNDER THE DISCLOSURE
        ABOUT THE DEFECTS OF THE AIR
        BAG.

    C.  THE DEFECTS POSES A SAFETY
        HAZARD TO PLAINTIFF AND
        OTHERS.

    D.  FORD FRAUDULENTLY OR
        RECKLESSLY CONCEALED THE
        DEFECTIVE NATURE OF THE 2006
        FORD RANGER FROM PLAINTIFF

**PAGE TWENTY FOUR**

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

AND OTHERS.

65. THE FACTS NOT CONCEALED AND/OR DISCLOSED BY FORD TO PLAINTIFF ARE MATERIAL FACTS THAT A REASONABLE PERSON WOULD HAVE CONSIDERED IMPORTANT IN DECIDING WHETHER OR NOT TO DRIVE THE VEHICLE.

66. FORD INTENTIONALLY, WILFULLY, MALICIOUSLY OR RECKLESSLY CONCEALED AND/OR FAILED TO DISCLOSE THE PROBLEMS.

67. PLAINTIFF DID NOT KNOW ABOUT THE DEFECTS AND COULD NOT HAVE KNOWN ABOUT THE DEFECTS WHEN HE DROVE THE 2006 FORD RANGER BECAUSE OF FORDS CONSEALMENT OF THE DEFECTS.

68. AS A DIRECT AND PROXIMATE RESULT OF FORDS MISCONDUCT, PLAINTIFF HAVE SUFFERED ACTUAL DAMAGES IN THAT HE DROVE THE 2006 FORD RANGER UNAWARE OF THE DEFECTS.

69. PLAINTIFF HAVE SUFFERED LOSSES RESULTING FROM FORDS FRAUDULENT OR RECKLESS NON-DISCLOSURE. ACCORDINGLY, FORD IS LIABLE FOR ALL DAMAGES PROXIMATELY CAUSED BY ITS CONDUCT IN AN AMOUNT TO BE PROVEN AT TRIAL.

**PAGE TWENTY FIVE**

FIRST AMENDED COMPLAINT

CASE NO.: CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

70. FORDS ACTS WERE DONE WANTONLY, MALICIOUSLY, OPPRESSIVELY, DELIBRATELY, WITH INTENT TO DEFRAUD, AND IN RECKLESS DISREGARD OF PLAINTIFFS. FORDS CONDUCT WARRANTS AN ASSESSMENT OF PUNATIVE DAMAGES IN AN AMOUNT SUFFICIENT TO DETER SUCH CONDUCT IN THE FUTURE IN AN AMOUNT TO BE DETERMINED ACCORDING TO PROOF.

## VIOLATION OF THE WASHINGTON CONSUMER PROTECTION ACT, RCW 19.86.010

**71. PLAINTIFF RE-ALLEGE AND INCORPORATE BY REFRENCE THE PROCEEDING PARAGRAPHS AS THOUGH FULLY SET FORTH HEREIN.**

72. FORD IS A "PERSON" WITHIN THE MEANING OF RCW 19.86.010(2) AND CONDUCTS "TRADE" AND "COMMERCE" WITHIN THE MEANING OF RCW 19.86.010(2)

73. THE CONDUCT DESCRIBED IN THIS COMPLAINT CONSTITUTES UNFAIR AND DECEPTIVE ACTS OR PRACTICES IN VIOLATION OF THE WASHINGTON CPA.

### PAGE TWENTY SIX

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

74. FORD ENGAGES IN UNFAIR AND DECEPTIVE ACTS OR PRACTICES BY ENGAGING IN A PATTERN AND PRACTICE OF (i) FAILING TO DISCLOSE AND INFORM THE GENERAL PUBLIC OF RECALL DEFECTS ORDERED IN THAT THE AIR BAG WAS NOT OF A PARTICULAR STANDARD, QUALITY OR GRADE; (ii) FAILING TO DISCLOSE IT AND ANY AND ALL KNOWN MATERIAL DEFECTS OR MATERIAL NON CONFORMITY; (iv) FAILING TO GIVE ADEQUATE WARNING AND NOTICES REGARDING THE USE, DEFECTS AND PROBLEMS WITH THE VEHICLE AIR BAGS PRIOR TO THE PLAINTIFF GETTING ON THE FREWAY IN SEATTLE , WASHINGTON TO GO TO SAN DIEGO.

75. FORDS SYSTEMATIC PARACTICE OF FAILING TO DISCLOSE DEFECTS IN THE 2006 FORD RANGER AIR BAG, FAILING TO GIVE ADEQUATE WARNINGS REGARDING DEFECTS AND THESE PRACTICES OFFEND PUBLIC POLICY AS IT HAS BEEN ESTABLISHED BY STATUTES, REGULATIONS, THE COMMON LAW OR OTHERWISE INCLUDING, BUT NOT LIMITED TO, THE PUBLIC POLICY REGULATIONS ESTABLISHED BY RCW 19.230.005.

76. APART FROM THE CAPACITY OF FORDS UNFAIR AND DECEPTIVE ACTS AND PRACTICES TO INJURE PLAINTIFF AND OTHERS OF

**PAGE TWENTY SEVEN**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

THE PUBLIC, SUCH ACTS AND PRACTICES ALSO
OFFEND THE PUBLIC POLICY LAID OUT IN RCW
46.70.005, RCW 46.70.101, AND RCW
46.70.180, AND THAT STATUTE SPECIFICASLLY
PROVIDES:" ANY VIOLATION OF THIS CHAPTER IS
DEEMED TO EFFECT THE PUBLIC INTREST AND
CONSTITUTES A VIOLATION OF CHAPTER 19.86
RCW 46. 70.310.


### PRAYER FOR RELIEF


77. WHEREFORE, PLAINTIFF REQUEST
THAT THE COURT ENTER A JUDGMENT AWARDING
THE FOLLOWING RELIEF:

A. AN ORDER AWARDING PLAINTIFF
ACTUASL DAMAGES, PUNATIVE
DAMAGES, AND/OR ANY OTHER
FORM OF MONETARY RELIEF
PROVIDED BY THE LAW;

B. AN ORDER AWARDING PLAINTIFF
RESTITUTION, DISGORGEMENT, OR
OTHER EQUATIBALE RELIEF AS
THE COURT DEEMS PROPER;

C. AN ORDER  AWARDING PLAINTIFF

### PAGE TWENTY EIGHT

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

D.   PRE-JUDGMENT AND POST
JUDGMENT INTREST AS ALLOWABLE
UNDER THE LAW;
E.   AN ORDER AWARDING PLAINTIFF
COST OF SUIT, INCLUDING
EXPERT WITNESS FEES;AND
F.   AN ODER AWARDING SUCH OTHER
AND FURTHER RELIEF AS THE
COURT MAY DEEM JUST AND
PROPER.

**JURY DEMAND**

PURSUANT TO FEDERAL RULES OF
CIVIL PROCEDURE 38(B), PLAINTIFF DEMANDS A
TRIAL BY JURY ALL ISSUES SO TRIABLE UNDER
THE LAW.
RESPECTFULLY SUBMITTED AND DATED THIS 31ST
DAY OF JANUARY, 2018.

BY: _____

CARREA CHRISTOPHER

**PAGE TWENTY NINE**

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174

COPY

JAN 31 2018  RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                        DEPUTY

# UNITED STATES DISTRICT COURT,
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CARREA CHRISTOPHER, )         CASE NO.:CV17-738
                     )                  (RSL)
        PLAINTIFF, )
                     )
VS.                  )
                     )         **JURY TRIAL DEMAND**
FORD MOTOR COMPANY,  )
        DEFENDANT. )
                     )
_____

## CERTIFCATE OF SERVICE

**I AM NOT A PARTY OF THE ABOVE ENTITLED –
CASE. A CITIZEN OF THE U.S. OVER THE AGE OF
EIGHTEEN AND A RESIDEINT OF 6709 S 7TH
STREET RENTON WASHINGTON, 08059**

## PAGE THRITY

FIRST AMENDED COMPLAINT                    CARREA CHRISTOPHER

CASE NO.:CV17-738(RSL)                     P.O. BOX 741272

                                           SAN DIEGO, CALIF. 92174

I SERVED A TRUE AND CORRECT COPY OF THE "AMENDED COMPLAINT TO THE FOLLOWING ADDRESS AT MILLS AND MEYERS 1000 2ND AVE SEATTLE WASHINGTON 98104

I CERIFY UNDER THE PENALTY OF PERJURY THIS 31 DAY OF JANUARY 2018 THE FOREGOING IS TRRUE AND COPRRECT AT, SEATTLE WASHINGTON

BY

PAGE THIRTY ONE                    BARBARA BROWN

FIRST AMENDED COMPLAINT

CASE NO.:CV17-738(RSL)

CARREA CHRISTOPHER

P.O. BOX 741272

SAN DIEGO, CALIF. 92174



Christopher Correa
PO Box 141272
San Diego, CA 92174

FILED
LODGED
RECEIVED

**MAIL**

FEB 09 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

TO: UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
CLERK OF THE COURT
700 STEWART STREET
SEATTLE, WASHINGTON
98101

GL

UNITED STATES POSTAL SERVICE

1000

98101

U.S. POSTAGE
PAID
SAN DIEGO, CA
FEB 05, 18
AMOUNT

$2.89

R2304610654.2-14