UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARREA CHRISTOPHER,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, INC.,<br><br>Defendant. | Case No. C17-738RSL<br><br>ORDER |

    This matter comes before the Court following several of plaintiff's filings related to defendant's motion to dismiss and time limits for plaintiff to respond to it. In this order, the Court addresses plaintiff's filings entered in the docket at Dkt. ## 41, 42, 47, 48, 51, 52.

    Plaintiff entered two filings related to service of process. Dkt. ## 42, 47. Defendant has since acknowledged service, see Dkt. # 45 at 5, and plaintiff's requests are therefore moot.

    Plaintiff filed a request related to electronic filing of documents. Dkt. # 52. Plaintiff has since resolved the issue, see Dkt. # 54, and that request is also moot.

    Plaintiff also filed several motions for extensions of time, Dkt. ## 41, 48, 51, seeking additional time to respond to defendant's pending motion to dismiss, see Dkt. # 45. The first, Dkt. # 41, is moot because defendant has since filed a second motion to dismiss. The remaining requests, Dkt. ## 48, 51, appear to be duplicative, but the Court will nonetheless grant plaintiff an extension given his pro se status and that he filed those requests before the deadline for responding to defendant's motion.

ORDER - 1

For the foregoing reasons, the Court hereby orders:

(1)  Plaintiff's service-related requests, Dkt. ## 42, 47, are DENIED as moot.

(2)  Plaintiff's filing-related request, Dkt. # 52, is DENIED as moot.

(3)  Plaintiff's first extension request, Dkt. # 41, is DENIED as moot.

(4)  Plaintiff's remaining extension requests, Dkt. ## 48, 51, are GRANTED. The Clerk of Court is hereby directed to renote defendant's motion, Dkt. # 45, on the Court's calendar for Friday, May 18, 2018. Pursuant to LCR 7(d), plaintiff shall file his response, if any, on or before Monday, May 14, 2018.

DATED this 8th day of May, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge