UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARREA CHRISTOPHER,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, INC.,<br><br>    Defendant. | Case No. C17-738RSL<br><br>ORDER DENYING MOTION<br>TO STRIKE |

This matter comes before the Court on plaintiff's motion to strike. Dkt. # 50. Plaintiff's request apparently relates to defendant's previously filed motion to dismiss, Dkt. # 39, which defendant withdrew and replaced with a renewed motion to dismiss that accounts for service having been perfected on defendant, see Dkt. # 45. Plaintiff cites no basis for his request to strike the withdrawn motion, nor can the Court discern any reason why it should be. For that reason, plaintiff's motion to strike, Dkt. # 50, is DENIED.

DATED this 8th day of May, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO STRIKE - 1