1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARREA CHRISTOPHER,

                    Plaintiff,

            v.

FORD MOTOR COMPANY, INC.,

                    Defendant.

Case No. C17-738RSL

ORDER GRANTING LEAVE
TO FILE SECOND
AMENDED COMPLAINT

15      This matter comes before the Court on the parties' stipulation allowing plaintiff to file a

16  Second Amended Complaint. Dkt. # 63. The Court having been advised that the parties have

17  reached agreement as set forth the in the stipulation, the stipulation is approved and plaintiff is

18  granted leave to file his Second Amended Complaint.

19      DATED this 4th day of September, 2018.

20

21

22      _MM S Lasnik_

23      Robert S. Lasnik
        United States District Judge

24

25

26

27

28

ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT - 1