UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARREA CHRISTOPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY, INC.,<br><br>　　　　Defendant. | Case No. 2:17-CV-738-RSL<br><br>MINUTE ORDER<br>RENOTING MOTION ON<br>COURT'S CALENDAR |

The following Minute Order is made and entered on the docket at the discretion of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

Plaintiff in the above-captioned matter filed a motion on January 14, 2019, "Application for November 1, 2019 Trial Date," noted for January 14, 2019. Dkt. #72. Pursuant to Local Civil Rule 7(d)(3), this motion should have been noted on the Court's calendar for no earlier than the third Friday after the date of filing. The Clerk of Court is directed to renote plaintiff's motion on the Court's calendar for Friday, February 1. Any opposition shall be filed and served on plaintiff no later than 4:30 p.m. on Monday, January 28. Dkt. #72. Any reply shall be filed and served no later than 4:30 p.m. on Friday, February 1.

DATED this 18th day of January, 2019.

　　　　　　　　　　　　　　　　s/ Kerry Simonds
　　　　　　　　　　　　　　　　Kerry Simonds, Deputy Clerk to the
　　　　　　　　　　　　　　　　Honorable Robert S. Lasnik, Judge

MINUTE ORDER RENOTING MOTION
APPLYING FOR TRIAL DATE - 1