UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARREA CHRISTOPHER,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, INC.,<br><br>Defendant. | Case No. 2:17-CV-738-RSL<br><br>ORDER ON PLAINTIFF'S APPLICATION FOR CASE SCHEDULING AND TRIAL DATE |

This matter comes before the Court on plaintiff Carrea Christopher's "Application for Case Scheduling and Trial Date." Dkt. #68. Plaintiff, proceeding *pro se*, and counsel for defendant Ford Motor Company, Inc. have not been able to agree on a proposed trial date. See Dkt. #71 at 2. Plaintiff has stated a preference for a trial date around November 1, 2019. However, defendant's counsel has trials scheduled between May 2019 and January 2020.

The Court hereby ORDERS that trial be set for February 3, 2020. The Clerk of Court will issue an appropriate Case Management Order.

DATED this 5th day of March, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON PLAINTIFF'S APPLICATION FOR CASE
SCHEDULING AND TRIAL DATE- 1