UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARREA CHRISTOPHER,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, INC.,<br><br>Defendant. | Case No. 2:17-CV-738-RSL<br><br>ORDER ON PLAINTIFF'S APPLICATION FOR NOVEMBER 1, 2019 TRIAL DATE |

This matter comes before the Court on plaintiff Carrea Christopher's "Application for November 1, 2019 Trial Date." Dkt. #72. The Court has ordered that trial be set for February 3, 2020. See Dkt. #80. Plaintiff's motion is DENIED as moot.

DATED this 6th day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON PLAINTIFF'S APPLICATION
FOR NOVEMBER 1, 2019 TRIAL DATE - 1