UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARREA CHRISTOPHER,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, INC.,<br><br>    Defendant. | Case No. 2:17-CV-738-RSL<br><br>ORDER DENYING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL DISCOVERY |

This matter comes before the Court on plaintiff Carrea Christopher's "Application for Extension of Time to Motion to Compel Discovery." Dkt. #73. Plaintiff states that defendant has asked for additional time to submit responses to his discovery requests. Id. at 1. He represents that he "will provide the additional time until January 18, 2019, but will file [a] motion by January 31, 2019." Id. at 2. No motion to compel has been filed.

As defendant points out, there was no Case Scheduling Order entered at the time plaintiff filed this motion on January 14, 2019. Dkt. #76 at 1. There were no discovery deadlines in place in regard to which plaintiff needed to request an extension. A Case Scheduling Order has since been issued, setting a deadline of October 6, 2019 for the completion of discovery. Dkt. #82.

For the foregoing reasons, plaintiff's motion is DENIED as moot.

ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION
OF TIME TO FILE MOTION TO COMPEL DISCOVERY - 1

DATED this 6th day of March, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION
OF TIME TO FILE MOTION TO COMPEL DISCOVERY - 2