# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARREA CHRISTOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY, INC.,<br><br>　　　　Defendant. | Case No. 2:17-CV-738-RSL<br><br>MINUTE ORDER RENOTING MOTION ON COURT'S CALENDAR |

The following Minute Order is made and entered on the docket at the discretion of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

Plaintiff in the above-captioned matter filed a motion on May 1, 2019, "Plaintiff's Motion to Compel Discovery Responses," noted for May 1, 2019. Dkt. #84. Pursuant to Local Civil Rule 7(d)(3), this motion should have been noted on the Court's calendar for no earlier than the third Friday after the date of filing. The Clerk of Court is directed to renote plaintiff's motion on the Court's calendar for Friday, May 17. Any opposition shall be filed and served on plaintiff no later than 4:30 p.m. on Monday, May 13. Any reply shall be filed and served no later than 4:30 p.m. on Friday, May 17.

DATED this 2nd day of May, 2019.

　　　　　　　　　　　　　　　s/ Kerry Simonds
　　　　　　　　　　　　　　　Kerry Simonds, Deputy Clerk to the
　　　　　　　　　　　　　　　Honorable Robert S. Lasnik, Judge

MINUTE ORDER RENOTING MOTION
TO COMPEL DISCOVERY RESPONSES - 1