# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARREA CHRISTOPER,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, INC.,<br><br>Defendant. | Case No. 2:17-CV-738-RSL<br><br>MINUTE ORDER RENOTING MOTION ON COURT'S CALENDAR |

The following Minute Order is made and entered on the docket at the discretion of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

Plaintiff in the above-captioned matter filed a motion on August 16, 2019, "Application for Dismissal." Dkt. #93. The motion was not noted. Pursuant to Local Civil Rule 7(d)(3), this motion should have been noted on the Court's calendar for no earlier than the fourth Friday after the date of filing. The Clerk of Court is directed to renote plaintiff's motion on the Court's calendar for Friday, September 13. Any opposition shall be filed and served on plaintiff no later than 4:30 p.m. on Monday, September 9. Any reply shall be filed and served no later than 4:30 p.m. on Friday, September 13.

DATED this 19th day of August, 2019.

s/ Kerry Simonds
Kerry Simonds, Deputy Clerk to the
Honorable Robert S. Lasnik, Judge

MINUTE ORDER NOTING
APPLICATION FOR DISMISSAL - 1