UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARREA CHRISTOPHER,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, INC.,<br><br>    Defendant. | Case No. 2:17-CV-738-RSL<br><br>ORDER DENYING PLAINTIFF'S APPLICATION FOR ORDER TO STOP HARASSMENT |

This matter comes before the Court on plaintiff Carrea Christopher's "Application for Order to Stop Harassment." Dkt. #86. Plaintiff appears to be arguing that notices sent from Ford Motor Company ("Ford") for a free airbag safety recall constitute harassment. Id. at 5–9. They do not. See RCW 10.14.020(2). The Court need not reach the parties' contentions regarding the scheduling of the repairs or whether they are being performed. Dkt. #90 at 1–2; Dkt. #91 at 1–2. Plaintiff's motion is DENIED.

DATED this 22nd day of August, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S APPLICATION
FOR ORDER TO STOP HARASSMENT - 1